## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AMY ROTHBAUM, individually and on behalf of all others similarly situated,** | **CASE NO.: 11-CV-10509** |
| **Plaintiff,** | |
| **vs.** | **JURY TRIAL DEMANDED** |
| **SAMSUNG ELECTRONICS AMERICA, INC.,** | |
| **Defendant.** | |

## CLASS ACTION COMPLAINT

Plaintiff Amy Rothbaum ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her attorneys of record, alleges the following upon personal knowledge as to her own acts and upon information and belief as to all other matters. Plaintiff's information and belief are based upon the investigation conducted by counsel.

## NATURE OF THE ACTION

1.      Defendant Samsung Electronics America, Inc., one of the world's leading electronics manufacturers, knowingly sold its Samsung Captivate™, Fascinate™, Vibrant™, and Epic 4G™ cellular phones (collectively the "Samsung Phones") with a design defect that causes the phones to randomly shut down ("Random Shut Down Defect").

2.      Samsung had knowledge that its Samsung Phones suffered from this design defect that was substantially certain to manifest within the useful life of the Samsung Phones.

3.      Despite the fact that complaints of the Random Shut Down Defect surfaced within the first week of the Samsung Phones' release, Samsung continued to ship over 1 million phones

in the first 45 days of their debut.  Samsung then issued a press release lauding itself for such high sales figures.

4.     Additionally, after Plaintiff purchased her Samsung Phone, Samsung failed to offer warranty service that effectively remedied the Random Shut Down Defect.  Samsung, instead, only offered to exchange Plaintiff's defective Samsung Phone for another defective Samsung Phone.

5.     As detailed herein, as a result of Samsung's conduct, Samsung violated Massachusetts's laws governing the implied warranty of merchantability.  Samsung also violated the New Jersey Consumer Fraud Act.

6.     Plaintiff brings this action on behalf of herself and as a class action against Defendant on behalf of a Class comprised of all persons who purchased a new Samsung Phone manufactured, distributed, or sold by Samsung (the "Class").

## THE PARTIES

### Plaintiff

7.     Plaintiff Amy Rothbaum is a resident of and citizen of Merrick, New York.  On October 16, 2010, Plaintiff purchased a Samsung Captivate™ from an AT&T store in Holyoke, Massachusetts.   Within a few months of purchasing her Samsung Captivate™, Plaintiff's Samsung Phone exhibited the Random Shut Down Defect.

### Defendant

8.     Defendant Samsung Electronics America, Inc. ("Defendant" or "Samsung") is a corporation with its headquarters located at 105 Challenger Road, Ridgefield Park, New Jersey 07660.   Defendant imports, manufactures, and/or distributes consumer electronic products, including the Samsung Phones.

2

## JURISDICTION AND VENUE

9.     This Court has jurisdiction over the claims asserted in this action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332.  Plaintiff Amy Rothbaum is a citizen of New York, whereas Defendant is a citizen of New Jersey.  The matter in controversy exceeds the sum or value of $5,000,000.00.  In addition, Plaintiff alleges that the total number of members of the proposed Class is greater than 100, pursuant to 28 U.S.C. § 1332(d)(5)(B).

10.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 because Plaintiff bought a Samsung Phone and Defendant does business, including the advertising, marketing, distribution, and sale of the Samsung Phones, in this judicial district.

11.    Defendant maintains contacts in this judicial district sufficient to subject it to personal jurisdiction.

## SUBSTANTIVE ALLEGATIONS

### A.     The Samsung Phones

12.    Samsung markets a broad range of consumer electronics products, including televisions, DVD players, camcorders, digital products, microwave ovens, vacuums, and air conditioners.

13.    Samsung manufactures "smartphones," which are mobile phones that offer more advanced computing ability and wireless internet connectivity than a traditional cellular phone. Because smartphones have many of the features that are possessed by computers, smartphones require an operating system to function.  An operating system ("OS") is software, consisting of programs and data, that runs on computers and manages computer hardware resources and provides common services for efficient execution of various application software.

14.   Samsung manufactures the "Samsung Galaxy S" phones, which are smartphones. The Samsung Galaxy S phones are actually an entire series of smartphones that are equipped with the "Android" operating system.

15.   The Samsung Galaxy S smartphones include four specific models: (i) the Captivate™ sold by AT&T, (ii) the Fascinate™ sold by Verizon, (iii) the Vibrant™ sold by T-Mobile, and (iii) the Epic 4G™ sold by Sprint (collectively, the "Samsung Phones").

16.   The Samsung Phones all have similar designs and features.  In particular, the Samsung Phones feature a 1 GHz "Hummingbird" processor along with 8–16 GB internal Flash memory, a 4-inch 480×800 pixel, a high resolution touch screen display, and a 5-megapixel camera.

17.   Figure 1 is a picture of a Galaxy S series Captivate™ that was purchased by Plaintiff Rothbaum.



**Figure 1**

18.   In its August 30, 2010 press release, Samsung proudly announced that it had "shipped more than one million of its Android™ 2.1-powered Galaxy S devices in the U.S. market" within a short 45-day span.

19.    Additionally, as of January 2011, Samsung had sold 10 million of the Samsung Phones globally.

20.    To the dismay of the consumers, the Samsung Phones were not ready for primetime use because, as explained herein, they suffer from a defect that prevents the Samsung Phones from being used for their intended purpose.

**B.    The Samsung Phones Suffer from the "Random Shut Down Defect"**

21.    Release of the Samsung Phones commenced in mid-July 2010.   Almost immediately after hitting the shelves, customers began experiencing the Random Shut Down Defect.

22.    In particular, the Random Shut Down Defect causes the Samsung Phones to power off, completely, when the Samsung Phones are in the "Standby" mode.  (Standby mode is when the phone is powered on but is in a low energy state because it is not in active use).  In order to re-activate a Samsung Phone that has experienced the Random Shut Down Defect, a consumer must remove the battery from the phone, re-insert the battery, and then press the power button to turn the phone back on.  This is only a temporary fix.  Inevitably, the phone will shut down again, randomly.

23.    Customers quickly began to notice that their Samsung Phones would shut off randomly and spontaneously throughout the day; sometimes up to ten times per day.

24.    Some Class members have resorted to disabling the Standby mode as a means of coping with the Random Shut Down Defect.  Disabling Standby significantly decreases battery life because the phone will run continuously and never enter the low energy state offered by the Standby mode.

25.     Despite the fact that the Samsung Phones suffer from the Random Shut Down Defect, Samsung failed to disclose this material information to members of the Class.   Had members of the Class, including Plaintiff, known about the Random Shut Down Defect, they would not have purchased the Samsung Phones.

**C.     The Avalanche of Consumer Complaints about the Samsung Phones**

26.     An avalanche of consumer complaints about the Random Shut Down Defect appeared on the Internet almost immediately after the Samsung Phones hit the shelves – at least as early as July 21, 2010, just three days after Samsung released the Captivate™.

27.     AT&T, the exclusive retailer of the Captivate™, has an entire forum on its website entitled "Samsung Captivate Shutdown Issue."  Well over 50 users have complained about their Captivate™ on AT&T's forum, with complaints appearing at least as early as August 16, 2010 and continuing through March 15, 2011.

28.     Verizon, the exclusive retailer of the Fascinate™, has an entire forum on its website entitled "phone turns off by itself."  Numerous users have complained about their Fascinate™ on Verizon's forum, with complaints appearing through late February 2011.

29.     T-Mobile, the exclusive retailer of the Vibrant™, has an entire forum on its website entitled "Vibrant keeps shutting off."  Dozens of users have complained about their Vibrant™ on T-Mobile's forum, with complaints appearing at least as early as July 23, 2010 and continuing through late February 2011.

30.     Additionally, thousands of Class members have complained on numerous other websites about how their Samsung Phones suffer from the "Random Shut Down Defect."  Relevant excerpts from a sampling of these complaints are set forth below.  Owners of each

phone under the Galaxy S model, i.e. the Captivate™, the Fascinate™, the Vibrant™, and the

Epic 4G™ have complained about the defect.

a. **Complaints about the Captivate™**

| Source | Complaint |
|---|---|
| http://forum.xda-developers.com/showthread.php?t=731560<br><br>21st July 2010, 02:03 PM | post# 1 Captivate random shuts down<br><br>I was wondering if anyone else's Captivate has shut down automatically? It happened 3 times yesterday the screen goes into standby mode but if you try waking it up you had to pull the battery. |
| http://forum.xda-developers.com/showthread.php?t=731560<br><br>21st July 2010, 08:00 PM | This has happened to me once. Came out of a meeting, pulled it out of my pocket, and couldn't get it to wake from sleep. |
| http://forums.att.com/t5/Samsung/Samsung-Captivate-Shutdown-Issue/td-p/1997257<br><br>08-16-2010 08:18:45 AM | Samsung Captivate Shutdown Issue<br>Yesterday, I tried to awake my phone from sleep and nothing! Just the black screen. I plugged the charger in and still nothing, just a black screen. Hitting the power button did nothing. The only solution I had was to take the battery out. . . . |
| http://forums.wireless.att.com/t5/Samsung/Samsung-Captivate-Shutdown-Issue/td-p/1997257/page/3<br><br>09-22-2010 03:52:15 PM | Re: Samsung Captivate Shutdown Issue<br>I got my Galaxy and after a couple of days it started to shutdown.  Sometimes 6 times per day other 3.  I tried several hard reset and called Samsung.  Unfortunately, Samsung feels that they are NOT responsible for this problem.  They passed the ball to AT&T.  I understand reading on the forums that this is a major problem for this device.  I feel cheated and hurt because this device is jeopardising my business and personal communications. |

| | |
|---|---|
| http://www.samsungcaptivateforum.com/samsung-captivate-how-to/random-shutdowns/<br><br>Reply #12 on:<br>November 04, 2010<br>10:12:45 PM | I have found that after fully recharging the battery and the phone goes into the sleep mode for about 30 minutes it will not wake up and I have to turn the phone back on again.  This happens over and over again . . .  During that [day] I had to turn the phone back on over 10 times.  Once the battery level got below 3/4 level it stopped turning off. . . . of course AT&T claims they have never heard of this problem. |
| http://forum.cyanogenmod.com/topic/7573-captivate-randomly-shutting-off/<br><br>October 2010 - 03:43 AM | A problem like this just seems like it would be a little higher up on the list of [Samsung's] priorities, since if a phone randomly shuts off you might miss your alarm for work . . ., or one might miss a ver[y] important phone call. In other words, the main basic functions of the phone won't work. |
| http://forums.wireless.att.com/t5/Samsung/Samsung-Captivate-Shutdown-Issue/td-p/1997257/page/3<br><br>10-25-2010 03:44:42 AM | Re: Samsung Captivate Shutdown Issue.Options<br><br>I'm curious---when your phone goes into sleep mode, what key/s will wake it up?  I have found the only way to wake it is to hit the power button which is very annoying when on a call and everything goes blank. |
| http://forum.xda-developers.com/archive/index.php/t-930265.html<br><br>27th January 2011<br>08:18 PM | I am on my 4th replacement from the warranty department. They have not removed the affected phones from inventory. This 4th phone has it and is going back. I am in the middle of trying to get them to send me a new phone. . . . |
| http://forum.xda-developers.com/showthread.php?t=884289&page=28<br><br>12th January 2011, 11:48 PM | this is my 4th captivate that Ive has to replace. The device repair and warranty center know exactly what I want the minute I walk through the door, lol. |

| http://forums.wireless.att.com/t5/Samsung/Samsung-Captivate-Shutdown-Issue/m-p/2706155<br><br>03-15-2011 02:37:28 PM | Re: Samsung Captivate Shutdown Issue<br>I have had the shut down issue for some time now. While traveling back in Nov 2010, I stopped at a AT&T store and they did a factory reset. It lasted about 3 weeks. . . . It seemed to improve when I returned home for awhile but now is shutting down quite frequently. I just email AT&T customer service, waiting for a reply. |

### b. Complaints about the Fascinate™

| Source | Complaint |
|---|---|
| http://community.vzw.com/t5/Samsung-Fascinate/phone-turns-off-by-itself/m-p/450898#M4326<br><br>02-19-2011 10:58 PM | phone turns off by itself.<br><br>started about a week ago but its getting worse and more frequent. I'm afraid eventually it just won't turn on again. the phone will turn off by itself and usually taking out the battery and putting it back in works. but now I have to leave it out for about a half an hour and put it back in for it to work. sometimes not even that. I just keep taking it out and keep trying til it works. . . . |
| http://www.samsungfascinateforum.com/samsung-fascinate-general-discussion/power-button-sleep-mode-issues/<br><br>September 04, 2010, 04:08:41 PM | Power button sleep mode issues<br><br>I'm on my second Galaxy in as many weeks and likely will have to return this one for a third. The issue is that sometimes the Galaxy will not awake from sleep mode (i.e. via pressing the power button) and is just dead. The only thing that clears the issue is to pull the battery and a cold reboot. . . . Samsung tech support has had me do a complete factory reset and still the problem persists (sometimes once a day, sometimes 3 times a day -- all at random times). . . .<br><br>Samsung refuses to look into the problem other than to say "go get another phone". . . . This problem is a real trouble as how can the phone be relied upon if it can't stay running? |
| http://forum.xda-developers.com/showthread.php?t=884289&page=29<br><br>15th January 2011, 01:21 AM | All of the galaxy phones have this problem. My fascinate has this exact same same problem. And we don't even have froyo leaks!! I . . . hate Samsung. And will soon be a iPhobe owner if they don't hurry up and release these lte phones on Verizon. I own a fascinate . . . |

c.   **Complaints about the Vibrant™**

| Source | Complaint |
|---|---|
| http://forums.t-mobile.com/t5/Samsung-Vibrant/Vibrant-keeps-shutting-off/m-p/505021#M28197<br><br>12-14-2010 01:38 PM | Re: Vibrant keeps shutting off<br><br>Having the same problem. T-mobile sent me a new phone, but get the same problem on the new one too. . . . |
| http://forums.t-mobile.com/t5/Samsung-Vibrant/Vibrant-keeps-shutting-off/m-p/505021#M28197<br><br>12-14-2010 09:18 AM | Re: Vibrant keeps shutting off.<br><br>I have had the same problem.  I even had the phone replaced when Tmobile tech support couldn't figure out the problem.  The new phone does the same thing.  . . . |
| http://www.howardforums.com/showthread.php/1676680-Samsung-Galaxy-S(Vibrant-Fascinate...)-Shutting-Down-Randomly-Fix<br><br>09-30-2010 12:31 AM | Samsung Galaxy S(Vibrant, Fascinate...) Shutting Down Randomly Fix<br><br>So I have a Bell Samsung Galaxy S Vibrant and for some reason my phone would shut off randomly. At first I thought it was my jacket pocket or pant pocket pressing the power button but when I had it on my desk and it shut off then thats when I realized it was a problem. |

d.   **Complaints about the Epic 4G™**

| Source | Complaint |
|---|---|
| http://www.sprintdroids.com/forum/samsung-epic-4g-tech/353-problems-epic-4g-3.html<br><br>09-11-2010, 03:55 PM | My EPIC is shutting down on its own.<br>Just starting doing it today, and I've had the phone since 8/31.<br><br>It's done it about 6 times today, and when I remove & put the battery back in, it works again, but it has continued happening. . . . |
| http://www.sprintdroids.com/forum/samsung-epic-4g-tech/353-problems-epic-4g-3.html | Ginger, I too am having this problem. I have been through the entire phone, reset it to factory defaults, removed unnecessary programs and still no help. This is really pissing me off. . . . |

| http://www.sprintdroids.com/forum/samsung-epic-4g-tech/353-problems-epic-4g-3.html  09-14-2010, 02:32 PM | Had my Epic for about 1-1/2 weeks now. . . .  it shuts down at random times. |
|---|---|

**D.**      **Samsung Admits To Having Knowledge of the Random Shut Down Defect**

31.    After Class members had voiced complaints on various Internet websites and to Samsung Phone retailers, Samsung finally admitted that it was aware of the Random Shut Down Defect.

32.    On December 20, 2010, Samsung published an internal service bulletin that boldly admitted that "some Captivate devices may experience power-off when in the standby mode." This internal service bulletin was not made available to Class members.

33.    Samsung also admitted that the "turn-off problem," was not limited to Samsung Captivate™ Phones, citing to at least one example of a Samsung Fascinate™ having suffered from the Random Shut Down Defect.

34.    Although Samsung clearly admitted that the Samsung Fascinate™ Phones suffer from the Random Shut Down Defect, Samsung attempted to severely understate the severity of the Random Shut Down Defect.  In fact, numerous Fascinate™ owners have complained about the Random Shut Down Defect through various outlets, including Verizon's website.

35.    Additionally, Samsung did not even admit that Vibrant™ and Epic 4G™ owners have complained and are complaining about the very same problem.

**E.**     **Samsung Instructs its Retailers to Continue to Sell the Defective Phones**

36.     Even more egregious is the fact that Samsung specifically instructed retailers to continue to sell defective inventory and exchange defective devices for defective devices.  In its internal service bulletin, Samsung directs retailers to "[c]ontinue to sell through existing inventory."

37.     While current owners complained and received defective phones as a remedy, Samsung instructed retailers to continue to sell defective inventory and to pass on the problem to more consumers.

**F.**     **Samsung Misrepresents the Range of Affected Phones**

38.     In an attempt to downplay the widespread nature of the defect, Samsung falsely claims that "IMEIs manufactured before November 6, 2010: 352982040855394 or lower - 5393, 5392, etc." are the only phones affected by the Random Shut Down Defect.

39.     An IMEI number is an international mobile equipment identity number.   It uniquely identifies a specific mobile phone.  The first six digits are the "Type Allocation Code"; the middle two digits are the "Final Assembly Code"; middle six digits are the Serial number; and the final two digits are the "Software Verification Number."

40.     While Samsung claims that only phones with a number below 352982/04/085539/4 are affected, Class members with phones containing higher IMEI numbers have experienced the Random Shut Down Defect, as evidenced by samples of complaints below:

| Source | Complaint |
|---|---|
| http://forum.xda-developers.com/showthread.php?t=884289&highlight=random+shutdown&page=6 (accessed Mar. 18, 2011).<br><br>24th December 2010, 12:46 AM | It would seem they missed a batch. Mine ended in 7813 and just returned for the same problem. More to come from them i am sure when more do this. |
| http://forum.xda-developers.com/showthread.php?t=884289&page=29 (accessed Mar. 18, 2008).<br><br>17th January 2011, 03:51 AM | Further, the IMEI numbers in the document do not cover all affected devices. Some devices manufactured before that date have higher IMEIs. At least, I believe. Mine was slightly higher . . . . |
| http://forum.xda-developers.com/showthread.php?t=884289&page=7 (accessed Mar. 18, 2008).<br><br>24th December 2010, 07:03 AM | Since my last post, I went to Samsung and looked up my date of manufacture as well... 11/27/10... after the 11/06/10 date, yet my imei# is 351xxxxxx7623.<br><br>So something isn't jiving in the memo, either we're interpreting it wrong, or something, because...<br><br>Imei# falls in range, yet the date of manufacture of imei# is past the date range. |

## G.   Samsung Has Failed To Remedy The Random Shut Down Defect

41.   Instead of repairing the Samsung Phones, or replacing them with non-defective phones, Samsung has continue to take advantage of its customers by replacing defective Samsung Phones with other defective Samsung Phones, as set forth in the internal service bulletin.

42.   Myriad consumers have also complained about receiving several defective replacement Samsung Phones with no end in sight.  A brief sampling is provided below:

| Source | Complaint |
|---|---|
| http://forum.xda-developers.com/showthread.php?t=884289&page=23 6th January 2011, 10:43 PM | I am being sent my 4th phone now. . . . |
| http://forum.xda-developers.com/showthread.php?t=884289&page=24 7th January 2011, 08:35 PM | I am now on my 4th captivate. . . . |

**H.**   **Plaintiff Amy Rothbaum's Experience With Her Defective Samsung Phone**

43.   On October 16, 2010, Plaintiff Amy Rothbaum purchased a Samsung Captivate™ from an AT&T store in Holyoke Massachusetts.

44.   Within months of the purchase, Plaintiff's phone began shutting down randomly several times per day.

45.   After having experienced the Random Shut Down Defect multiple times, Plaintiff notified AT&T of the defect shortly thereafter.   AT&T initially provided Plaintiff with a new battery, which did not resolve the Random Shut Down Defect.

46.   On March 1st, 2011, Plaintiff went to the AT&T store to inform AT&T that her Samsung Phone continued to experience the Random Shut Down Defect.   Acting in accordance with Samsung's mandate to deplete its defective inventory, AT&T exchanged Plaintiff's defective Samsung Captivate™ with another defective Samsung Captivate™.

47.   Plaintiff's replacement phone bears an IMEI number of 351863/04/041691/5.

48.   This IEMI number is within range of IEMI numbers Samsung admitted was affected by the Random Shut Down Defect.

49.   Within four days of receiving the new Captivate™, Plaintiff's Samsung Phone began to shut down randomly again.

50.   Accordingly, Plaintiff has not received any remedy pursuant to Samsung's warranty.

## CLASS ACTION ALLEGATIONS

51.   Plaintiff brings this action both individually and as a class action pursuant to Fed. R. Civ. P. 23 against Samsung, on her own behalf and on the behalf of all persons who purchased a new Samsung Phone manufactured, distributed, or sold by Samsung in the United States.

52.   Members of the Class are so numerous that joinder of all members would be impracticable.  Plaintiff estimates that there are thousands of members of the Class.

53.   There are questions of law and fact common to all the members of the Class that predominate over any questions affecting only individual members, including:

a.   Whether the Samsung Phones are defectively designed;

b.   Whether Samsung failed to disclose the material fact that the Samsung Phones were defectively designed at the times that the Samsung Phones were sold to Class members; and

c.   Whether as a result of Samsung's misconduct, Plaintiff and other Class members are entitled to damages, restitution, equitable relief, injunctive relief, or other relief, and the amount and nature of such relief.

54.   The claims of Plaintiff are typical of the claims of the members of the Class. Plaintiff has no interest antagonistic to those of the Class, and Samsung has no defenses unique to Plaintiff.

55.   Plaintiff will fairly and adequately protect the interests of the Class and has retained attorneys experienced in class and complex litigation.

56.   A class action is superior to all other available methods for this controversy because: i) the prosecution of separate actions by the members of the Class would create a risk of adjudications with respect to individual members of the Class that would, as a practical matter, be dispositive of the interests of the other members not parties to the adjudications, or substantially impair or impede their ability to protect their interests; ii) the prosecution of separate actions by the members of the Class would create a risk of inconsistent or varying adjudications with respect to the individual members of the Class, which would establish incompatible standards of conduct for Samsung; iii) Samsung acted or refused to act on grounds generally applicable to the Class; and iv) questions of law and fact common to members of the Class predominate over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

57.   Plaintiff does not anticipate any difficulty in the management of this litigation as a class action.

## COUNT I

**By Plaintiff, Individually And On Behalf Of All Class Members Who Purchased A Samsung Phone In The Commonwealth of Massachusetts For Breach Of Implied Warranty Of Merchantability, Pursuant To Mass. Gen. Laws Ch. 106, § 2-314**

58.   Plaintiff hereby incorporates all the above allegations by reference as if fully set forth herein.

59.   Samsung's practices as alleged in this Complaint constitute a breach of the implied warranty of merchantability, pursuant to Mass. Gen. Laws Ch. 106, § 2-314.

60.   The implied warranty of merchantability requires, among other things, that the Samsung Phones pass without objection in the trade and be fit for the ordinary purposes for which the Samsung Phones are used.

61.   The Samsung Phones are "goods" within the meaning of Mass. Gen. Laws Ch. 106, § 2-105.

62.   Defendant is a "merchant" within the meaning of Mass. Gen. Laws Ch. 106, § 2-104.

63.   At all times relevant hereto, the Samsung Phones were defective because the Samsung Phones failed to remain powered-on and shut down, randomly.  The ability to remain powered-on consistently is necessary for a cellular phone to be used for its ordinary purpose.

64.   As a result of the defect described herein, the Samsung Phones were not merchantable at the time of sale, and do not function in their ordinary capacity.

65.   The remedies provided by Samsung failed of their essential purpose because Samsung replaced Plaintiff and Class members' defective phones with other defective phones, as set forth in Samsung's internal bulletin.

66.   Plaintiff provided notice of the defect on February 26, 2011 and on March 1, 2011.

67.   Any purported disclaimer or limitation of the implied warranty of merchantability on the part of Samsung is unconscionable and unenforceable because Samsung possessed actual, exclusive knowledge of the defect in the Samsung Phones at all relevant times as alleged herein.

68.   Based on the foregoing, Samsung's conduct entitles Plaintiff and Class members to all remedies available under Mass. Gen. Laws Ch. 106, §§ 2-714 and 2-715 in amounts to be determined at trial.

<u>**COUNT II**</u>

**By Plaintiff, Individually And On Behalf Of All Class Members for Violations of the New Jersey Consumer Fraud Act, Pursuant to N.J. Stat. Ann. §§ 56:8-1, <u>et seq</u>.**

69.     Plaintiff hereby repeats and realleges the preceding paragraphs as if fully set forth herein.

70.     Plaintiff seeks the application of New Jersey law to all of the claims asserted on behalf of the nationwide Class.

71.     The application of New Jersey law is appropriate as to the nationwide Class because the deceptive and unlawful conduct that forms the basis of Plaintiff's claims emanates from New Jersey, where the Defendant is headquartered.

72.     This count is brought against Samsung, pursuant to the New Jersey Consumer Fraud Act, N.J. Stat. Ann. §§ 56:8-1, <u>et seq</u>.

73.     At all times relevant herein, New Jersey's Consumer Fraud Act was in effect. The Act prohibits any "[f]raud, etc., in connection with sale or advertisement of merchandise or real estate as unlawful practice."

74.     Further, the Act prohibits any "knowing, concealment, suppression, or omission of any material fact with the intent that others rely upon such concealment, suppression or omission in connection with the sale ... of any merchandise ...."  N.J. Stat. Ann. § 56:8-2.

75.     The Samsung Phones suffer from the Random Shut Down Defect as alleged herein, a material fact of which Samsung had knowledge yet failed to disclose.

76.     Despite Samsung's knowledge or prior notice of the defect, it failed to disclose this material fact to Plaintiff and members of the Class with the intent that Plaintiff and Class members act upon this material omission.  Defendant continues to place defective Samsung

Phones into the stream of commerce and continues to exchange Class members' defective phones with other defective phones.

77.     Samsung intentionally concealed information about the defect from Plaintiff and Class members for the purpose of maximizing profit.

78.     If Plaintiff and Class members knew the Samsung Phones were defective, they would not have purchased them because the existence of the defect was a material fact to the transaction.  Samsung, at all relevant times, knew or should have known that Plaintiff and members of the Class did not know or could not have reasonably discovered the defect prior to their purchases.

79.     By paying monies for these defective Samsung Phones, Plaintiff and members of the Class have suffered an ascertainable loss.  Samsung's conduct constitutes a violation of New Jersey's Consumer Fraud Act and entitles Plaintiff and Class members to relief under this statute including statutory and actual damages, injunctive relief, and attorneys' fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that the Court enter judgment and orders in her favor and against Defendant as follows:

a.  An order certifying the Class and directing that this case proceed as a class action;

b.  An order requiring that Defendant establish a common fund for effective repairs to the Samsung Phones for Plaintiff and the other members of the Class;

c.  Judgment in favor of Plaintiff and Class members in an amount of actual damages and statutory damages to be determined at trial;

d.  An order granting reasonable attorneys' fees and costs, as well as pre-and post judgment interest; and

e.   Such other and further relief as this Court may deem appropriate.

## <u>DEMAND FOR A TRIAL BY JURY</u>

Plaintiff demands a trial by jury on all issues so triable as a matter of right.


Dated: March 24, 2011


By:     /s/ Edward F. Haber
        Edward F. Haber (BBO # 215620)
        Adam M. Stewart (BBO # 661090)
        SHAPIRO HABER & URMY LLP
        53 State Street
        Boston, MA 02109
        Tel: (617) 439-3939
        Fax: (617) 439-0134
        ehaber@shulaw.com
        astewart@shulaw.com