**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **AMY ROTHBAUM, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>**Defendant.** | **Civil Action No.: 11-CV-10509-MLW** |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, notice is hereby given of the appearance of Adam M. Stewart of the law firm Shapiro Haber & Urmy LLP, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for the Plaintiff in the above-captioned action.

Dated: March 30, 2011

                                              Respectfully Submitted,

                                              /s/ Adam M. Stewart
                                              Adam M. Stewart (BBO # 661090)
                                              SHAPIRO HABER & URMY LLP
                                              53 State Street
                                              Boston, MA 02109
                                              Tel: (617) 439-3939
                                              Fax: (617) 439-0134
                                              astewart@shulaw.com

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 30, 2011.

      /s/ Adam M. Stewart
      Adam M. Stewart