# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>**Defendant.** | CASE NO.: 11-CV-10509-MLW |

## AFFIDAVIT OF SERVICE

I, Adam M. Stewart, declare as follows:

1. I am an associate in the law firm of Shapiro Haber & Urmy LLP, which represents Plaintiff Amy Rothbaum in the above-captioned action.

2. I submit this affidavit regarding service of the Summons and Complaint filed in the above-captioned action upon Defendant Samsung Electronics America, Inc. ("Samsung").

3. On March 29, 2011, I served the Summons and Complaint upon Samsung by causing copies thereof to be delivered by Federal Express (with a signature required) to Samsung's principal place of business at 85 Challenger Road, Ridgefield Park, New Jersey 07660, pursuant to Fed. R. Civ. P. 4(e)(1) and (h)(1)(A), and Mass. R. Civ. P. 4(e).

4. A true and correct copy of the Summons along with a delivery receipt from Federal Express, signed by D. Williams and dated March 29, 2011 at 10:18 a.m., is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of March, 2011.

/s/ Adam M. Stewart
Adam M. Stewart (BBO # 661090)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
astewart@shulaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record through the Court's ECF system on the day this document was filed.

/s/ Adam M. Stewart
Adam M. Stewart