UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                            )
AMY ROTHBAUM, individually and on           )
behalf of all others similarly situated,    )
                                            )
                    Plaintiff,              )
                                            )
v.                                          )   NO. 11-CV-10509-MLW
                                            )
SAMSUNG TELECOMMUNICATIONS                  )
AMERICA, LLC,                               )
                                            )
                    Defendant.              )
_____)

### MOTION TO DISMISS BY DEFENDANT
### SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Samsung Telecommunications America, LLC ("Samsung" or "STA") hereby moves to dismiss the Amended Complaint filed in this action for failure to state a claim on which relief can be granted.

This is a putative class action brought by a single claimant involving allegedly defective "smartphones." Smartphones are essentially handheld computers that also function as mobile telecommunication devices. Plaintiff Amy Rothbaum ("Plaintiff" or "Ms. Rothbaum") alleges that her Samsung "Captivate" smartphone, which she acquired from an AT&T store in Holyoke, Massachusetts, is defective because it purportedly shuts down at random times. She further alleges that STA's express warranty pertaining to her smartphone has "failed of [its] essential purpose," even though Ms. Rothbaum never has provided STA (as opposed to AT&T) with proper notice or the opportunity to inspect, repair or replace her smartphone. Rather, she immediately commenced this federal court action under Massachusetts and Texas law purporting

to represent a nationwide class "of all persons who purchased a new Samsung Phone manufactured, distributed, or sold by Samsung in the United States."

Plaintiff's claims, as alleged in her Amended Complaint, necessarily fail as a matter of law. Even assuming that Ms. Rothbaum's Samsung smartphone is "defective" (an allegation that STA otherwise disputes), Ms. Rothbaum never gave the required notice to STA and never sought any remedy from STA before filing suit. Thus, there is no factual or legal basis for her conclusory allegation that the contractual remedies "provided by Samsung" have "failed." STA stands ready to provide the Plaintiff with a fully functioning replacement handset pursuant to the express warranty. This is a complete remedy. Ms. Rothbaum has no additional claims or rights, under either Massachusetts or Texas law, at the present time. The same defects affect the Plaintiff's putative class action claims. Accordingly, Ms. Rothbaum's Complaint against STA should be dismissed in its entirety for the reasons discussed more fully in the accompanying Memorandum in Support.

WHEREFORE, STA respectfully moves that the Plaintiff's Amended Complaint be dismissed.

### Request For Oral Argument

STA believes that oral argument may assist the Court, and wishes to be heard. Accordingly, STA hereby requests oral argument on this Motion pursuant to Local Rule 7.1(D).

- 3 -

        Respectfully submitted,

        SAMSUNG TELECOMMUNICATIONS
        AMERICA, LLC

        By its attorneys,

        */s/ Robert M. Buchanan, Jr.*
        Robert M. Buchanan, Jr. (BBO No. 545910)
           rbuchanan@choate.com
        Brian A. Davis (BBO No. 546462)
           bad@choate.com
        Margaret E. Ives (BBO No. 668906)
           mives@choate.com
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, Massachusetts  02110
        Tele:  (617) 248-5000
        Fax:   (617) 248-4000

Date:  June 30, 2011

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for STA has conferred with counsel for the Plaintiff in a good-faith effort to resolve or narrow the issues presented by the foregoing Motion. Plaintiff does not assent to the Motion.

*/s/ Margaret E. Ives*
Margaret E. Ives (BBO No. 668906)

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of June 30, 2011.

*/s/ Margaret E. Ives*
Margaret E. Ives (BBO No. 668906)