# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>vs.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>**Defendant.** | CASE NO.: 11-CV-10509-MLW |

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE HER SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Amy Rothbaum ("Plaintiff") moves this Court for an order granting Plaintiff leave to file a Second Amended Complaint. The [Proposed] Second Amended Complaint is annexed hereto as Exhibit A. The grounds for this motion are set forth in the accompanying Memorandum of Law in support of this Motion.

Dated: July 13, 2011				Respectfully submitted,

/s/ **Adam M. Stewart**_____
Edward F. Haber (BBO # 215620)
Adam M. Stewart (BBO # 661090)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
ehaber@shulaw.com
astewart@shulaw.com

*Counsel for Plaintiff*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with counsel for Defendant on July 12th and 13th in a good faith effort to narrow or resolve the issues raised in this motion, and the parties were unable to reach agreement.

**/s/ Adam M. Stewart**
Adam M. Stewart

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

**/s/ Adam M. Stewart**
Adam M. Stewart