UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AMY ROTHBAUM, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**<br><br>**Defendant.** | **CASE NO.: 11-CV-10509-MLW** |

**MOTION TO EXTEND TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Amy Rothbaum hereby moves that the time by which she must oppose Defendant Samsung Telecommunications America LLC's motion to dismiss be extended until the Court rules upon her Motion for Leave of Court to File Her Second Amended Complaint ("Motion to Amend"), which is filed herewith. In support of her motion, Plaintiff states the following:

1.  On June 30, 2011, Defendant filed its motion to dismiss Plaintiff's Amended Complaint (Doc. No. 12).

2.  Under the local rules, Plaintiff's opposition to Defendant's motion to dismiss is due to be filed by July 14, 2011.

3.  Concurrent with the filing of this motion, Plaintiff has filed her Motion to Amend, which seeks leave to amend the complaint to slightly expand the proposed class and add a count for violation of the Massachusetts Consumer Protection Act, M.G.L. c. 93A.

{00034065.1 }

4.      If the Court grants Plaintiff's Motion to Amend, Defendant's motion to dismiss will be rendered moot.

Wherefore, Plaintiff respectfully requests that the time by which she must oppose Defendant's motion to dismiss be extended until after the Court has ruled on her Motion to Amend.

Dated: July 13, 2011                          Respectfully submitted,


                                              **/s/ Adam M. Stewart**
                                              Edward F. Haber (BBO # 215620)
                                              Adam M. Stewart (BBO # 661090)
                                              SHAPIRO HABER & URMY LLP
                                              53 State Street
                                              Boston, MA 02109
                                              Tel: (617) 439-3939
                                              Fax: (617) 439-0134
                                              ehaber@shulaw.com
                                              astewart@shulaw.com


## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with counsel for Defendant on July 12th and 13th in a good faith effort to narrow or resolve the issues raised in this motion, and the parties were unable to reach agreement.

                                              **/s/ Adam M. Stewart**
                                              Adam M. Stewart


## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

                                              **/s/ Adam M. Stewart**
                                              Adam M. Stewart