# Samsung Captivate Forum

## All Samsung Captivate All the Time!



- - Home
  - Samsung Captivate Accessories
  - Samsung Captivate Discussions
  - Samsung Captivate FAQ
  - Samsung Captivate Hacking
  - Samsung Captivate Help
  - Samsung Captivate Wallpapers

Subscribe

You are here: Home » Samsung Captivate Help » **Service Bulletin: Random Shutdown Issues on AT&T Captivate**

  

25 January 2011 0 Comments

## Service Bulletin: Random Shutdown Issues on AT&T Captivate

It seems as though Samsung is claiming a hardware fault with handsets exhibiting the "random shutdown" issues. Below is the information for you to cross reference. If you meet the criteria, and you are experiencing the random shutdowns, call AT&T and they will swap your phone out. 😊

ID: myc_spt_iss_wid_sam_189047

Date Published: December 20, 2010
Manufacturer(s): Samsung
Model(s): i897 (Captivate)
Issue Type: Informational

Issue Summary

AT&T and Samsung are working together on a power off issue on the Samsung i897 Captivate. There is a small group of Samsung i897 Captivate devices which may experience power off when in standby mode. All devices manufactured after November 6, 2010 should not have this issue. Most customers

are not expected to see an issue, however the following IMEI range could potentially have the issue and AT&T and Samsung want to ensure these customers have the best possible experience and quickly address customer care inquiries should they arise:

IMEIs manufactured before November 6, 2010: 352982040855394 or lower – 5393, 5392, etc.

If customers reports that their device is powering off when in standby mode please assist them with exchanging their device.

SKU: 65187

Critical Must Know/Must Do

Customer/Embedded Base: If a customer has the power off issue when in standby mode please exchange their device. Customers with the launch software version i897UCJF6 are more apt to have the standby power off issue. Meanwhile customers that have devices manufactured after November 6, 2010 should have software version i897UCJH7 which fixes the Power Cycling related to SW issues. Existing Product: All devices that were manufactured before November 6, 2010 have the potential to be affected.
New Product: Devices manufactured after November 6, 2010 should not experience this issue.
Distribution Center: No action necessary.
Channel Instructions

Company Owned Retail: Continue to sell through existing inventory. If a customer has the power off issue when in standby mode please exchange their device.
Dealers: No action necessary.
National Retail: No action necessary.
Direct Fulfillment: Continue to sell through existing inventory. If a customer has the power off issue when in standby mode please exchange their device.
Customer Returns and Exchanges: Standard under 30-day returns are in effect for this issue.
Accountability/Responsibility

Distribution Centers: No action necessary.
Channels/Markets: Adhere to Standard Operating Procedures.
Returns Processing Center: Adhere to Standard Returns Processes.
Supply Chain: Please send questions or comments to SCM Product Advisory.

Full Thread: Click here

Click Full Thread Link Above to Comment.

-  Twitter http://www.twitter.com/attdroids

## Sponsors



## Search

Search... [ Search ]

- Popular
- Comments
- Tags

- how to get contacts over from backflip to captivate
- Bluetooth help
- Emulators
- getting my Captivate in 2 days
- Email and voice command questions.

## Blogroll

- Android Forum
- Android Tablet Forum
- Apple iPad Forum
- AT&T Android Forum
- Droid Forum
- Droid Incredible Forum
- iPad Forum
- iPhone Forum
- Motorola Droid X Forum
- Nexus One Forum
- Photography Forum
- Sprint Android Forum

## Sponsors

**Ask Quick Tech Support**
18 Tech Support Reps Are Online.
Ask a Question, Get an Answer
ASAP.
Tech-Support.JustAnswer.com

**Samsung Galaxy Tab 10.1**
Thinner, Lighter, Faster. Galaxy
Tab 10.1 Has Arrived. Learn
More!
samsung.com/GalaxyTab

**Samsung HDTV's 90% Off**
Save Big On Brand New Samsung
TV's All Factory Sealed w/
Warranty.
Deal-Pal.com/Samsung-Savings

## Archives

- June 2011 (471)
- May 2011 (13)
- April 2011 (7)
- March 2011 (3235)
- February 2011 (329)
- January 2011 (3221)
- December 2010 (4225)
- November 2010 (20)
- October 2010 (1689)
- September 2010 (39)
- August 2010 (114)

## Categories

- Samsung Captivate Accessories
- Samsung Captivate Discussions
- Samsung Captivate FAQ
- Samsung Captivate Hacking
- Samsung Captivate Help
- Samsung Captivate Wallpapers

Copyright © Samsung Captivate Forum 2011. All Rights Reserved.

A proud member of the [woo] family