UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | NO. 11-CV-10509-MLW |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) ) ) ) |  |
| Defendant. | ) ) |  |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE A REPLY MEMORANDUM – OR, IN THE
ALTERNATIVE, CONDITIONAL CROSS-MOTION FOR LEAVE TO FILE A
<u>SUR-REPLY</u>**

Defendant Samsung Telecommunications America, LLC ("STA") hereby responds to the Plaintiff's Motion for Leave to File a Reply Memorandum in Support of Plaintiff's Motion for Leave to File Her Second Amended Complaint, dated August 5, 2011 (Docket No. 20).  Plaintiff had ample opportunity to set forth the grounds for her Motion for Leave to File Her Second Amended Complaint when the Plaintiff filed her opening memorandum on July 13, 2011 (Docket No. 13).  Before then, STA had already filed its pending Motion to Dismiss (Docket No. 12).  In her opening Memorandum, however, the Plaintiff chose to ignore most of the substantive issues that STA had identified, which the Plaintiff addressed only in her Reply.  For this reason, STA respectfully submits that Plaintiff's Motion for Leave to File a Reply may and should be denied.

In the alternative, however, should the Court, in its discretion, determine that further briefing on the Plaintiff's Motion for Leave to File Her Second Amended Complaint would be helpful or appropriate, and should the Court grant the Plaintiff leave to file her Proposed Reply Memorandum, STA respectfully requests that the Court also grant STA leave to file the Sur-Reply attached hereto as Exhibit A. STA's 8-page Sur-Reply focuses on the issues that the Plaintiff chose to address for the first time in her Reply Memorandum.

WHEREFORE, STA respectfully requests that the Court deny the Plaintiff's Motion for Leave to File a Reply; or, in the alternative, grant STA leave to file the attached Sur-Reply.

Respectfully submitted,

SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

By its attorneys,

*/s/ Margaret E. Ives*
Robert M. Buchanan, Jr. (BBO No. 545910)
   rbuchanan@choate.com
Brian A. Davis (BBO No. 546462)
   bad@choate.com
Margaret E. Ives (BBO No. 668906)
   mives@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Tele: (617) 248-5000
Fax:  (617) 248-4000

Date:  August 19, 2011

4920354.1

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for STA has conferred with counsel for the Plaintiff in a good-faith effort to resolve or narrow the issues presented by the foregoing Motion. Plaintiff does not assent to the Motion.

*/s/ Margaret E. Ives*
Margaret E. Ives (BBO No. 668906)

- 4 -

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of August 19, 2011.

                                          */s/ Margaret E. Ives*
                                          Margaret E. Ives (BBO No. 668906)