UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendant. | NO. 11-CV-10509-MLW |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A LATE OPPOSITION

Samsung Telecommunications America, LLC ("STA") filed its Motion to Dismiss on June 30, 2011 (Docket No. 12). Pursuant to the Local Rules, the deadline for filing the Plaintiff's Opposition was July 14, 2011. It is now more than a month past that deadline. Therefore STA opposes the Plaintiff's Motion For Leave Of Court To File A Memorandum In Opposition (Docket No. 22).

Respectfully submitted,

SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

By its attorneys,

/s/ *Robert M. Buchanan, Jr.*
Robert M. Buchanan, Jr. (BBO No. 545910)
   rbuchanan@choate.com
Brian A. Davis (BBO No. 546462)
   bad@choate.com
Margaret E. Ives (BBO No. 668906)
   mives@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: (617) 248-5000
Fax: (617) 248-4000

Dated: August 23, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of August 23, 2011.

/s/ *Robert M. Buchanan, Jr.*
Robert M. Buchanan, Jr. (BBO No. 545910)

4925342v1