**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **AMY ROTHBAUM, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**<br><br>**Defendant.** | **CASE NO.: 11-CV-10509-MLW** |

**PLAINTIFF'S OPPOSITION TO DEFENDANT SAMSUNG TELECOMMUNICATIONS AMERICA, LLC'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

Plaintiff Amy Rothbaum respectfully submits this opposition to Samsung Telecommunications America, LLC's Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss.  Doc. No. 24.  As set forth in Plaintiff's Motion for Leave of Court to File Memorandum in Opposition to Defendant's Motion to Dismiss, it is not necessary for the Court to consider the motion to dismiss and Plaintiff's opposition in light of Plaintiff's motion for leave to file her Second Amended Complaint.  Doc. No. 22 at 3.  Therefore, Plaintiff does not believe Samsung's request to file a reply memorandum in connection with its motion to dismiss is appropriate, and Plaintiff opposes that request.

Dated: September 15, 2011                          Respectfully submitted,

**/s/ Adam M. Stewart**
Edward F. Haber (BBO # 215620)
Adam M. Stewart (BBO # 661090)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
ehaber@shulaw.com
astewart@shulaw.com

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

**/s/ Adam M. Stewart**
Adam M. Stewart