```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

AMY ROTHBAUM, individually and   )
on behalf of all others          )
similarly situated,              )
    Plaintiff,                   )
                                 )
    v.                           )   C.A. No. 11-10509-MLW
                                 )
SAMSUNG TELECOMMUNICATIONS       )
AMERICA, LLC,                    )
    Defendant.                   )

## ORDER

WOLF, D.J.                                          May 31, 2012

    For the reasons stated in court on May 31, 2012, it is hereby ORDERED that:

    1. Plaintiff's Motion for Leave to File Second Amended Complaint (Docket No. 13) is ALLOWED.

    2. Defendant's Motion to Dismiss (Docket No. 12) is DENIED with regard to Count I of the Second Amended Complaint, which alleges breach of implied warranty under Massachusetts law, and with regard to Count II of the Second Amended Complaint, which alleges a violation of M.G.L. c. 93A. The court is reserving judgment on the motion to dismiss Count III of the Second Amended Complaint, which alleges breach of implied warranty under Texas law, for decision on a motion for class certification or summary judgment.

    3. The parties shall, by June 28, 2012, make the automatic document disclosures required by Federal Rules of Civil Procedure

26(a)(1) and Local Rule 26.2(A) and, if applicable, disclose the information required by Local Rule 35.1.

4. The parties shall meet in person to discuss informal discovery and any other matters that may contribute to resolution of this case. By July 27, 2012, the parties shall report to the court how they propose to proceed in this case, and shall provide, jointly if possible but separately if necessary, a proposed schedule for discovery in the form of the attached scheduling order.

5. A scheduling conference shall be held on August 21, 2012, at 4:00 p.m.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                Plaintiff(s)

        v.                          CIVIL ACTION
                                    NO. _____

_____
                Defendant(s)

SCHEDULING ORDER

WOLF, D.J.

     This case is governed procedurally by the 1992 Amendments to the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), which implement the District's Civil Justice Expense and Delay Reduction Plan. Counsel must, therefore, comply with the relevant Local Rules in the litigation of this case.

     It is hereby ORDERED pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16(f) that:

[ ]  1.  _____ shall respond to the Complaint by
_____.

[ ]  2.  Any proposed party who has not yet been served shall be served by_____. Counsel shall within 14 days thereafter file a return of service or a statement that service has not been accomplished and that the claims against the previously named proposed party shall be dismissed without prejudice.

[ ]  3.  Any Motion to Amend the pleadings, or any Motion to File additional pleadings, shall be filed by_____, and responses shall be filed as required by the applicable provisions of the Federal Rules of Civil Procedure.

[ ]   4.   The parties shall by_____ make the automatic document disclosure required by Federal Rules of Civil Procedure 26(a)(1) and Local Rule 26.2(A) and, if applicable, disclose the information required by Local Rule 35.1

[ ]   5.   The parties shall by_____ make the disclosure authorized by Federal Rules of Civil Procedure 26(a)(1) and Local Rule 26.1(b)(1) and (2).

[ ]   6.   All dispositive motions except motions for summary judgment shall be filed by_____ and responses shall be filed fourteen days thereafter pursuant to Local Rule 7.1.

[ ]   7.   Discovery shall initially be limited to the issue(s) of _____, and shall be complete by _____.

[ ]   8.   Counsel for the parties shall meet at least once to explore the possibility of settlement and report to the court by _____ the status and prospects for settlement.

If the case is not settled, the parties shall report whether they wish to participate in mediation to be conducted by a magistrate judge or attorney on the Court's panel of mediators.

[ ]   9.   A settlement conference, which must be attended by trial counsel with full settlement authority or with their clients, shall be held on _____, at _____.

[ ]   10.  A status and case management conference will be held by Magistrate Judge _____ on a date to be scheduled by him in _____.

[ ]   11.  Plaintiff(s) and/or Counterclaim or Third Party Plaintiff(s) shall by_____ designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2), concerning each expert.  Each other party shall by_____ designate expert(s) and disclose the information described in Fed. R. Civ. P. 26(a)(2).

[ ]   12.  All discovery shall be complete by_____.

[ ]   13.  Counsel for the parties shall confer and, by_____, file a report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment.

2

[ ]   14.   A scheduling conference will be held on_____
at _____ and must be attended by trial counsel with full settlement authority or with their client(s). If appropriate, a schedule for filing motions for summary judgment will be established at this conference.

[ ]   15.   A final pretrial conference will be held on_____
_at_____ and must be attended by trial counsel with full settlement authority or with their client. Counsel shall be prepared to commence trial as of the date of the final pretrial conference.

[ ]   16.   Trial shall commence on_____ .

[ ]   17.   This case is hereby referred to Magistrate Judge _____ for all pretrial proceedings, including reports and recommendations concerning any dispositive motions.

All provisions and deadlines contained in this Order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery.
Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the Court or upon the request of counsel.


                                        By the Court,
                                        DENNIS P. O'LEARY


_____            _____
Date                               Deputy Clerk