UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendant. | NO. 11-CV-10509-MLW |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, Plaintiff Amy Rothbaum and Defendant Samsung Telecommunications America, LLC (collectively, the "Parties") respectfully move for the entry of the Stipulated Protective Order filed herewith and attached as Exhibit 1. As grounds for this motion, the Parties state as follows:

1. Counsel for the Parties have conferred and agreed upon a Stipulated Protective Order, a copy of which is attached to this motion as Exhibit 1.

2. Proceedings in this action – including informal discovery, formal discovery and trial – will involve the production of certain documents, answers to discovery, testimony, and other evidence containing private, proprietary and/or confidential business information. Serious harm would result from the public disclosure of such information, or the use of such information for purposes other than the litigation of this action.

3. Entry of the proposed Stipulated Protective Order is appropriate pursuant to Rule 26(c)(1), which recognizes that protective orders are a proper means of protecting "trade secret

5600908v5

*Allowed with amendments*
*Wolf, D.J*
*April 19, 2013*