**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br>   v.<br><br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br><br>         Defendant. | CASE NO.: 11-CV-10509-MLW |

**ASSENTED-TO MOTION FOR COUNSEL TO APPEAR**
**TELEPHONICALLY AT SCHEDULING CONFERENCE**

Plaintiff Amy Rothbaum ("Plaintiff") respectfully moves the Court to allow one of her counsel, Paul Paradis of Horowitz, Horowitz & Paradis, to appear telephonically at the Scheduling Conference on September 16 at 4:00 p.m. Plaintiff's counsel from Shapiro Haber & Urmy LLP will be appearing in person for the conference. However, to avoid the time and expense of travel for out-of-state counsel, Plaintiff requests that Mr. Paradis be permitted to appear at the scheduling conference by telephone.

Defendant assents to the relief sought by this motion.

Dated:  September 13, 2013            Respectfully submitted,

                                      **/s/ Adam M. Stewart**
                                      Edward F. Haber (BBO # 215620)
                                      Adam M. Stewart (BBO # 661090)
                                      SHAPIRO HABER & URMY LLP
                                      53 State Street
                                      Boston, MA 02109
                                      Tel: (617) 439-3939
                                      Fax: (617) 439-0134

1

ehaber@shulaw.com
astewart@shulaw.com

Paul O. Paradis, admitted *pro hac vice*
Gina M. Tufaro, admitted *pro hac vice*
Mark A. Butler, admitted *pro hac vice*
HORWITZ HORWITZ & PARADIS
570 Seventh Avenue, 20th Floor
New York, NY 10018
Tele:  (212) 986-4500
Fax:  (212) 986-4501
pparadis@hhplawny.com
gtufaro@hhplawny.com
mbutler@hhplawny.com

*Counsel for Plaintiff*

**Local Rule 7.1(A)(2) Certification**

I hereby certify that I conferred by e-mail with counsel for Defendant on September 12, 2013, and they assented to the relief sought by this motion.


**/s/ Adam M. Stewart**
Adam M. Stewart


**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 13, 2013.

**/s/ Adam M. Stewart**
Adam M. Stewart