```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

AMY ROTHBAUM, individually and  )
on behalf of all others         )
similarly situated,             )
     Plaintiff,                 )
                                )
     v.                         )   C.A. No. 11-10509-MLW
                                )
SAMSUNG TELECOMMUNICATIONS      )
AMERICA, LLC,                   )
     Defendant.                 )
```

ORDER

WOLF, D.J.                                        September 18, 2013

Upon reflection, the court has decided that the schedule established at the September 16, 2013 hearing should be revised and refined. Accordingly, it is hereby ORDERED that:

1. Defendant shall, by September 26, 2013, file for the public record a redacted form of The Senior Engineer's Report on the Testing of Amy Rothbaum's Smart Phone (the "Report"), which was marked as Exhibit A under seal.

2. Defendant shall, by October 4, 2013, produce to plaintiff all records that are relevant to the statement in the Report, at ¶8, that: "The devices manufactured in the changed component experienced few reported shutdowns of any type. They have not experienced reports of the symptoms alleged in the Plaintiff's complaint."

3. Plaintiff shall, by October 31, 2013:

(a) File her own affidavit and any others on which she relies

to prove that the Samsung telephone at issue in the case has a Random Shutdown Defect as alleged in the Second Amended Complaint.

(b) Make the disclosures concerning expert testimony required by Federal Rules of Civil Procedure 26 (a)(2)(A), (B), and (C).

4. If defendant wishes to take the depositions of any affiant or expert on whom plaintiff relies, it shall do so by November 22, 2013.

5. Defendant shall, by December 2, 2013,:

(a) File any affidavit on which it relies in asserting that it is entitled to summary judgment on plaintiff's individual claim in the Second Amended Complaint.

(b) Make the disclosures concerning expert testimony required by Federal Rules of Civil Procedure 26 (a)(2)(A), (B), and (C).

6. If plaintiff wishes to take the deposition of any affiant or expert on whom defendant relies, she shall do so by December 20, 2013.

7. The parties shall confer and, by January 6, 2014, report whether they have agreed to a settlement of this case.

8. If the case is not settled, the parties shall, by January 20, 2014, either file a motion for summary judgment in the form required by Rule 56.1 of the Local Rules of the United States District Court for the District of Massachusetts or a statement that such a motion will not be filed.

9. The opposition to any motion for summary judgment shall be

filed by February 21, 2014, in the manner required by Local Rule 56.1

10. Any replies shall be filed by March 5, 2014.

11. A hearing on any motion(s) for summary judgment will be held on March 25, 2014, at 10:30 a.m.

                                                /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE