IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) SAMSUNG TELECOMMUNICATIONS ) AMERICA, LLC, ) ) Defendant. ) ) | No. 11-CV-10509-MLW |

**NOTICE OF FILING REDACTED DOCUMENT, PURSUANT TO COURT ORDER**

Pursuant to Judge Wolf's Order of September 18, 2013, defendant Samsung Telecommunications America, LLC, hereby submits for filing on the public docket a redacted copy of The Senior Engineer's Report on the Testing of Amy Rothbaum's Smart Phone, which was previously filed under seal. The redacted copy is attached hereto as Exhibit A.

        Respectfully submitted,

        SAMSUNG TELECOMMUNICATIONS
        AMERICA, LLC

        By its attorneys,

        /s/ *Jared M. Barnes*
        Robert M. Buchanan, Jr. (BBO# 545910)
        (rbuchanan@choate.com)
        Margaret E. Ives (BBO# 668906)
        (mives@choate.com)
        Jared M. Barnes (BBO No. 679342)
        (jbarnes@choate.com)
        Choate, Hall & Stewart LLP
        Two International Place
        Boston, Massachusetts  02110

September 26, 2013        Tel:  (617) 248-5000

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on September 26, 2013.

                                                              */s/ Jared M. Barnes*
                                                                 Jared M. Barnes