# EXHIBIT A

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

## SENIOR ENGINEER'S REPORT ON THE
## TESTING OF AMY ROTHBAUM'S SMARTPHONE

I, Matthew Chung, submit the following report pursuant to the Testing Protocol entered between Samsung Telecommunications America ("STA") and the Plaintiff, Amy Rothbaum.

1.     I earned a Bachelor's degree in Electrical and Electronic Engineering from Kyungpook National University.  I have worked at Samsung since graduating from college in 2006. My current job title is Senior Engineer, and my primary job responsibility is developing the hardware logic design of smartphones.  As part of my job, I have tested hundreds of phones for several different models of smartphones, including the Captivate model.  My native language is Korean, and I am also proficient in English, which I use to communicate with my colleagues in the United States.

2.     I travelled to Texas to conduct testing of the Plaintiff's device over a period of 72 hours, which began in the morning of January 15, 2013.  These tests were conducted at STA's Klein Road location in Plano, Texas, and in accordance with the Testing Protocol signed by the Plaintiff's counsel and STA's counsel on December 19, 2012.  The tests were recorded by video, by photos, and by notes that I took at the time.  A representative of the Plaintiff was present during all active testing.

3.     On the first day, I began by taking photos of the phone, and I inspected its exterior.  Plaintiff's device is a Captivate model, sold by AT&T.  Its IMEI number matches the IMEI number alleged in the Plaintiff's Complaint.

4.     After inspecting the exterior, I ran a series of diagnostic tests.  We also left the phone idle in standby mode for certain periods of time throughout the day.  On each occasion, before resuming diagnostic tests, I checked to see whether the alleged shutdown symptom manifested itself.  It did not.

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

5.      Overnight we left the phone idle in standby mode, and took precautions to ensure that the phone was not disturbed. When I returned in the morning to resume testing, I checked to see whether the alleged shutdown symptom manifested itself. It did not.

6.      On the second day I ran the same diagnostic tests. We also left the phone idle in standby mode for certain periods of time throughout the day. On each occasion, before resuming diagnostic tests, I checked to see whether the alleged shutdown symptom manifested itself. It did not.

7.      On the third day, I inspected the interior of the phone.

8.



The devices manufactured with the changed component experienced few reported shutdowns of any type. They have not experienced reports of the symptoms alleged in the Plaintiff's Complaint.

9.      Also on the third day, in accordance with the Testing Protocol and the Written Notice provided to Plaintiff's counsel on January 7, 2013, I ran the following tests: (i) power consumption measurement; (ii) software version check; (iii) voltage measurement; and (iv) power check. No abnormalities were detected during these tests. I also ran a function test and application check. No unknown applications were found on the device. In addition, I ran the same diagnostic tests that were run on the first and second day. And again I checked to see whether the alleged symptom manifested itself. It did not.

10.     According to the modification record in the phone, the Plaintiff's device has been used as recently as July 3, 2012.

- 2 -

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

11.     In the course of the testing, I did not observe the problems that the Plaintiff has alleged.   Based on my experience, I do not believe the Plaintiff's device has a shutdown problem.   I tried to ascertain what other problems the Plaintiff may have experienced, and what may have caused them.   Loaded on to this phone is one particular application, named Words with Friends.   This application is designed to be used on a device possessing greater CPU and/or application processing power.   This user-installed application may have caused the phone to operate at a sub-optimal level.

12.     Attached to this report will be copies of the following: (a) translated versions of Testing Log Sheets, which I used to record the information required by Paragraph VI(5) of the Testing Protocol; and (b) photographs taken during the testing.

Matthew Chung
Senior Engineer

- 3 -

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

## TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013**
**Plano, Texas**

> Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.
>
> This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

1. **Name of Test:**  External Inspection

2. **Description of Test:**  External Inspection

3. **Date and Time Test Commenced:**  09:41 (15th/JAN)

4. **Date and Time Test Terminated:**  09:52 (15th/ JAN)

5. **Duration of the Test:**  00hour 11minutes

6. **Name of Tester/s:**  Chung Cheol Yoon

7. **Data Gathered During Test:**  Pictures

8. **Results of the Test:**  Small damage is found right upper edge of the phone.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:**  No.

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

## TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013
Plano, Texas

---

Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.

This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

---

1. **Name of Test:**  Power on

2. **Description of Test:** Power on the device and check beginning condition

3. **Date and Time Test Commenced:** 09:53 (15th/JAN)

4. **Date and Time Test Terminated:** 09:58 (15th/ JAN)

5. **Duration of the Test:** 00hour 05minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** Pictures, IMEI Number, Settings

8. **Results of the Test:** IMEI No. 351863 04 041691 5, Phone No. 1-516-652-8387, 7 pages on the wallpaper, 4 pages on application menu, Bluetooth and WIFI was turned off.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

### TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013
Plano, Texas

> Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.
>
> This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

1. **Name of Test:**  Normal use test

2. **Description of Test:** Use as normal user, like making call,  receiving  call, receiving  text message, sending  text message, running  installed applications, browsing internet, capturing pictures, recording videos, playing videos and streaming YouTube contents

3. **Date and Time Test Commenced:** 10:00 (15th/JAN)

4. **Date and Time Test Terminated:** 11:05 (15th/ JAN)

5. **Duration of the Test:** 01hour 05minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** Pictures

8. **Results of the Test:** It works properly and there is no shut down.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

3

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

### TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013
Plano, Texas

---

Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.

This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

---

1. **Name of Test:**  Standby test

2. **Description of Test:** Place the phone in standby mode

3. **Date and Time Test Commenced:** 11:05 (15th/JAN)

4. **Date and Time Test Terminated:** 13:38 (15th/ JAN)

5. **Duration of the Test:** 02hours 33minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** None

8. **Results of the Test:** There is no shut down.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

4

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

### TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013**
**Plano, Texas**

> **Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.**
>
> **This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.**

1. **Name of Test:** Normal use test

2. **Description of Test:** Use as normal user, like making call, receiving call, receiving text message, sending text message, running installed applications, browsing internet, capturing pictures, recording videos, playing videos and streaming YouTube contents.

3. **Date and Time Test Commenced:** 13:38 (15th/JAN)

4. **Date and Time Test Terminated:** 14:40 (15th/ JAN)

5. **Duration of the Test:** 01hour 02minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** Pictures

8. **Results of the Test:** It works properly and there is no shut down. When running one installed application ("Words With Friends"), there is a lag while loading the application.  On one occasion the application failed to load and a notification of the application's non-responsiveness popped up.  However, once the application is loaded, it runs without any problems.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

### TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013**
**Plano, Texas**

---

**Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.**

**This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.**

---

1. **Name of Test:**  Standby test

2. **Description of Test:** Place the phone in standby mode

3. **Date and Time Test Commenced:** 14:40 (15th/JAN)

4. **Date and Time Test Terminated:** 16:59 (15th/ JAN)

5. **Duration of the Test:** 02hours 19minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** None

8. **Results of the Test:** There is no shut down.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

Redacted for Public Docket

HIGHLY CONFIDENTIAL

TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013
Plano, Texas

> Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.
>
> This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

1. **Name of Test:** Normal use test

2. **Description of Test:** Use as normal user, like making call,  receiving  call,  receiving  text message, sending  text message, running  installed applications, browsing internet, capturing pictures, recording videos, playing videos and streaming YouTube contents.

3. **Date and Time Test Commenced:** 16:59 (15th/JAN)

4. **Date and Time Test Terminated:** 18:00 (15th/ JAN)

5. **Duration of the Test:** 01hour 01minute

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** Pictures

8. **Results of the Test:** It works properly and there is no shut down.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

## TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone: January 15 – January 18, 2013**
**Plano, Texas**

---

Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.

This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

---

1. **Name of Test:** Standby test

2. **Description of Test:** Place the phone in standby mode

3. **Date and Time Test Commenced:** 18:00 (15th/JAN)

4. **Date and Time Test Terminated:** 09:08 (16th/ JAN)

5. **Duration of the Test:** 15hours 08minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** None

8. **Results of the Test:** There is no shut down.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

8

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

### TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone: January 15 – January 18, 2013**
**Plano, Texas**

> **Tests are being conducted at the direction of counsel. This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.**
>
> **This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.**

1. **Name of Test:** Normal use test

2. **Description of Test:** Use as normal user, like making call, receiving call, receiving text message, sending text message, running installed applications, browsing internet, capturing pictures, recording videos, playing videos and streaming YouTube contents.

3. **Date and Time Test Commenced:** 09:08 (16th/JAN)

4. **Date and Time Test Terminated:** 10:11 (16th/ JAN)

5. **Duration of the Test:** 01hour 03minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** Pictures

8. **Results of the Test:** It works properly and there is no shut down.

9. **Was Plaintiff's Smartphone damaged in any way during the Test? If yes, describe the damage and the circumstances surrounding the damage:** No.

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

**TESTING LOG SHEET**

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone: January 15 – January 18, 2013**
**Plano, Texas**

> Tests are being conducted at the direction of counsel. This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.
>
> This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

1.  **Name of Test:** Standby test

2.  **Description of Test:** Place the phone in standby mode

3.  **Date and Time Test Commenced:** 10:11 (16th/JAN)

4.  **Date and Time Test Terminated:** 12:39 (16th/ JAN)

5.  **Duration of the Test:** 02hours 28minutes

6.  **Name of Tester/s:** Chung Cheol Yoon

7.  **Data Gathered During Test:** None

8.  **Results of the Test:** There is no shut down.

9.  **Was Plaintiff's Smartphone damaged in any way during the Test? If yes, describe the damage and the circumstances surrounding the damage:** No.

10

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

## TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone: January 15 – January 18, 2013**
**Plano, Texas**

---

**Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.**

**This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.**

---

1. **Name of Test:** Normal use test

2. **Description of Test:** Use as normal user, like making call,  receiving  call, receiving  text message, sending  text message, running  installed applications, browsing internet, capturing pictures, recording videos, playing videos and streaming YouTube contents.

3. **Date and Time Test Commenced:** 12:39  (16th/JAN)

4. **Date and Time Test Terminated:** 13:42  (16th/ JAN)

5. **Duration of the Test:** 01hour 03minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** Pictures

8. **Results of the Test:** It works properly and there is no shut down.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

11

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

**TESTING LOG SHEET**

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone: January 15 – January 18, 2013**
**Plano, Texas**

> **Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.**
>
> **This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.**

1. **Name of Test:**  Standby test

2. **Description of Test:**  Place the phone in standby mode

3. **Date and Time Test Commenced:**  13:43 (16th/JAN)

4. **Date and Time Test Terminated:**  16:17 (16th/ JAN)

5. **Duration of the Test:**  02hours 34minutes

6. **Name of Tester/s:**  Chung Cheol Yoon

7. **Data Gathered During Test:**  None

8. **Results of the Test:**  There is no shut down.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:**  No.

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

### TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone: January 15 – January 18, 2013**
**Plano, Texas**

---

Tests are being conducted at the direction of counsel. This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.

This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

---

1.  **Name of Test:** Normal use test

2.  **Description of Test:** Use as normal user, like making call, receiving call, receiving text message, sending text message, running installed applications, browsing internet, capturing pictures, recording videos, playing videos and streaming YouTube contents.

3.  **Date and Time Test Commenced:** 16:17 (16th/JAN)

4.  **Date and Time Test Terminated:** 17:19 (16th/ JAN)

5.  **Duration of the Test:** 01hour 04minutes

6.  **Name of Tester/s:** Chung Cheol Yoon

7.  **Data Gathered During Test:** Pictures

8.  **Results of the Test:** It works properly and there is no shut down.

9.  **Was Plaintiff's Smartphone damaged in any way during the Test? If yes, describe the damage and the circumstances surrounding the damage:** No.

13

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

### TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone: January 15 – January 18, 2013**
**Plano, Texas**

---

**Tests are being conducted at the direction of counsel. This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.**

**This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.**

---

1. **Name of Test:** Standby test

2. **Description of Test:** Place the phone in standby mode

3. **Date and Time Test Commenced:** 17:21 (16th/JAN)

4. **Date and Time Test Terminated:** 09:40 (17th/ JAN)

5. **Duration of the Test:** 16hours 19minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** None

8. **Results of the Test:** There is no shut down.

9. **Was Plaintiff's Smartphone damaged in any way during the Test? If yes, describe the damage and the circumstances surrounding the damage:** No.

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

## TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013
Plano, Texas

> Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.
>
> This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

1. **Name of Test:** Standby mode power consumption test

2. **Description of Test:** Check current drain of the phone using external power supply during standby mode

3. **Date and Time Test Commenced:** 09:44 (17th/JAN)

4. **Date and Time Test Terminated:** 09:47 (17th/ JAN)

5. **Duration of the Test:** 00hour 03minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** Pictures, Value of current drain

8. **Results of the Test:** There is no abnormal leakage current from the phone during standby mode.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

15

~~HIGHLY CONFIDENTIAL~~

### TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013
Plano, Texas

> Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.
>
> This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

1.  **Name of Test:** Internal Inspection

2.  **Description of Test:** Internal Inspection

3.  **Date and Time Test Commenced:** 09:48 (17th/JAN)

4.  **Date and Time Test Terminated:** 10:26  (17th/ JAN)

5.  **Duration of the Test:** 00hour 38minutes

6.  **Name of Tester/s:** Chung Cheol Yoon

7.  **Data Gathered During Test:** Pictures, Serial numbers of Application Processor, Call Processor and Memory.

8.  **Results of the Test:** No internal damages are found. ███████████████████ ████████████████

9.  **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

16

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

## TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
Testing of Plaintiff's Smartphone: January 15 – January 18, 2013
Plano, Texas

> Tests are being conducted at the direction of counsel. This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.
>
> This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

1. Name of Test: Power consumption measurement

2. Description of Test: Check current drain of the phone using external power supply during operation

3. Date and Time Test Commenced: 10:26 (17th/JAN)

4. Date and Time Test Terminated: 10:33 (17th/JAN)

5. Duration of the Test: 00hour 07minutes

6. Name of Tester/s: Chung Cheol Yoon

7. Data Gathered During Test: Pictures, Value of current drain

8. Results of the Test: There is no abnormal leakage current from the phone during operation.

9. Was Plaintiff's Smartphone damaged in any way during the Test? If yes, describe the damage and the circumstances surrounding the damage: No.

17

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

## TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013
Plano, Texas

---

Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.

This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

---

1. **Name of Test:** Software version check

2. **Description of Test:** Check currently installed software version of the phone

3. **Date and Time Test Commenced:** 10:33  (17th/JAN)

4. **Date and Time Test Terminated:**  10:36  (17th/ JAN)

5. **Duration of the Test:** 00hour 03minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** Pictures.

8. **Results of the Test:** Official version was found to be present. (I897UCJH7).

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

## TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013**
**Plano, Texas**

> **Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.**
>
> **This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.**

1.  **Name of Test:** Voltage measurement

2.  **Description of Test:** Check output voltage of a power management IC during operation using a digital multi-meter.

3.  **Date and Time Test Commenced:** 10:37 (17th/JAN)

4.  **Date and Time Test Terminated:** 11:00 (17th/ JAN)

5.  **Duration of the Test:** 00hour 23minutes

6.  **Name of Tester/s:** Chung Cheol Yoon

7.  **Data Gathered During Test:** Pictures, Value of output voltage

8.  **Results of the Test:** There is no abnormal output voltages are measured during operation.

9.  **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

### TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013
Plano, Texas

> Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.
>
> This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

1. **Name of Test:** Power check

2. **Description of Test:** Check output voltage and waveforms of the system during operation using oscilloscope.  And check circuitry of the phone.

3. **Date and Time Test Commenced:** 13:05  (17th/JAN)

4. **Date and Time Test Terminated:** 15:36  (17th/ JAN)

5. **Duration of the Test:** 02hours 31minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** Pictures, Waveforms

8. **Results of the Test:** There is no abnormal operation and the whole system works properly.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

## TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013
Plano, Texas

---

Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.

This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

---

1. **Name of Test:** Reassembling the phone to its original condition

2. **Description of Test:** Reassemble the phone to its original condition.

3. **Date and Time Test Commenced:** 15:37  (17th/JAN)

4. **Date and Time Test Terminated:** 15:47  (17th/ JAN)

5. **Duration of the Test:** 00hours 10minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** Pictures.

8. **Results of the Test:** The phone's parts were reassembled back together in the same condition as when received.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

21

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone: January 15 – January 18, 2013**
**Plano, Texas**

> **Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.**
>
> **This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.**

1. **Name of Test:** Function test and application check

2. **Description of Test:** Test functions to make sure there is no damage from internal inspection. Review list of applications found on the phone, and review internal status of the phone, to check whether harmful applications are found on the phone.

3. **Date and Time Test Commenced:** 15:47 (17th/JAN)

4. **Date and Time Test Terminated:** 16:29 (17th/ JAN)

5. **Duration of the Test:** 00hour 42minutes

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** Pictures, List of applications, List of folders.

8. **Results of the Test:** 12 applications are installed and 10 services are running after power-on. No unknown application is found.  Some folders and memos were modified or created last year, as recently as July 3, 2012.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.

22

Redacted for Public Docket

~~HIGHLY CONFIDENTIAL~~

### TESTING LOG SHEET

*Rothbaum v. Samsung Telecommunications America, LLC*
**Testing of Plaintiff's Smartphone:  January 15 – January 18, 2013**
**Plano, Texas**

> Tests are being conducted at the direction of counsel.  This Log Sheet is subject to the protection for attorney work product until such time as the information contained herein is disclosed to Plaintiff pursuant to the Testing Protocol in this action.
>
> This Log Sheet states categories of information identified in paragraphs VI(4) and VI(5) of the Testing Protocol.

1. **Name of Test:** Normal use test

2. **Description of Test:** Use as normal user, like making call,  receiving  call, receiving  text message, sending  text message, running  installed applications, browsing internet, capturing pictures, recording videos, playing videos and streaming YouTube contents.

3. **Date and Time Test Commenced:** 16:29  (17th/JAN)

4. **Date and Time Test Terminated:** 17:30  (17th/ JAN)

5. **Duration of the Test:** 01hour 01minute

6. **Name of Tester/s:** Chung Cheol Yoon

7. **Data Gathered During Test:** Pictures

8. **Results of the Test:** It works properly and there is no shut down.

9. **Was Plaintiff's Smartphone damaged in any way during the Test?  If yes, describe the damage and the circumstances surrounding the damage:** No.