UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendant. | NO. 11-CV-10509-MLW |

## ASSENTED-TO MOTION OF SAMSUNG TELECOMMUNICATIONS AMERICA, LLC TO PRODUCE DOCUMENTS ON OCTOBER 4 OR 7, AND TO SUPPLEMENT ITS DOCUMENT PRODUCTION BY OCTOBER 11, 2013

Samsung Telecommunications America ("STA") hereby requests leave, after it produces the majority of the responsive documents by October 4 or 7, 2013, to supplement the production with additional documents by October 11, 2013. The grounds for this motion are as follows.

1. On September 18, 2013, this Court ordered STA to produce specified documents by October 4, 2013. See Docket No. 68, ¶ 2. STA and its counsel have been working diligently to comply. Six lawyers and a paralegal at Choate, Hall & Stewart have been working on the production. They have worked more than 100 hours on it from the date of the Scheduling Conference (September 16) through the end of September, and their work is continuing. STA currently anticipates that its counsel will be able to produce a majority of the responsive documents by October 4, 2013, but it is possible that this initial production will be delayed until October 7, 2013.

*Allowed and so ORDERED*
*W c U, D.J.*
*Oct. 3, 2013*