UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, <br><br> Defendant. | NO. 11-CV-10509-MLW |

**DECLARATION OF AMY ROTHBAUM**

I, AMY ROTHBAUM, declare the following under the penalty of perjury of the laws of the United States:

1. I am over the age of 18 and have personal knowledge of the facts set forth herein, which are known to me to be true and correct. I could and would testify competently about the matters set forth herein if called upon to do so.

2. I respectfully submit this Declaration in accordance with the Court's Order dated September 18, 2013.

3. On October 16, 2010, I purchased a Samsung Captivate™ cellular telephone (the "Samsung Phone") from an AT&T store located in Holyoke, Massachusetts.

4. Within months of having purchased my Samsung Phone, my Samsung Phone began shutting down randomly.

5. For example, on or about January 3, 2011, my Samsung Phone randomly shut down. At the time my Samsung Phone randomly shut down, it was powered on and was in sleep mode.

6. Additionally, during the week of January 17-21st, 2011, my Samsung Phone continued to randomly shut down. At the time my Samsung Phone randomly shut down, it was powered on and was in sleep mode.

7. After my Samsung Phone randomly shut down multiple times, I notified AT&T of the defect. The representative from AT&T offered to send me a replacement phone battery (the "Replacement Battery").

8. Following my conversation with the AT&T representative, AT&T sent to me, via mail, the Replacement Battery.

9. When I received the Replacement Battery, I replaced the battery in my Samsung Phone with the Replacement Battery, however, my Samsung Phone continued to randomly shut down.

10. For example, during the week of February 21-25th, 2011, my Samsung Phone equipped with the Replacement Battery continued to randomly shut down. At the time my Samsung Phone randomly shut down, it was powered on and was in sleep mode.

11. On or about March 1, 2011, I went to the AT&T store where I purchased my Samsung Phone and informed an AT&T representative that my Samsung Phone continued to randomly shut down, even when I used the Replacement Battery. At this time, the representative of AT&T provided me with a replacement Samsung Phone (the "Replacement Samsung Phone").

12. The IMEI number on my Replacement Samsung Phone is 351863 04 041691 5.

13. After I received the Replacement Samsung Phone, I used the Replacement Samsung Phone, however, the Replacement Samsung Phone also randomly shut down.

14. For example, on or about March 5, 2011, my Replacement Samsung Phone randomly shut down. At the time my Samsung Phone randomly shut down, it was powered on and was in sleep mode.

15. Thereafter, my Replacement Samsung Phone continued to randomly shut down. At the time my Samsung Phone continued to randomly shut down, it was powered on and was in sleep mode.

16. On or about March 20, 2011, I contacted counsel to represent me in this matter and provided the Replacement Samsung Phone to counsel in connection with such representation.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Executed this 30th day of October, 2013.

_____
Amy Rothbaum

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 31, 2013.

**/s/ Adam M. Stewart_____**

Adam M. Stewart