IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendant. | No. 11-CV-10509-MLW |

## AFFIDAVIT OF TIMOTHY ROWDEN

I, Timothy Rowden, hereby state as follows.

1. I am employed by Samsung Telecommunications America ("STA") as Vice President and General Manager of Sales Operations. STA provides mobile phones that are used in conjunction with telecommunications services provided by AT&T and other carriers. The Captivate model phone was used with AT&T. In the course of my work I am familiar with the form of service contract offered by AT&T.

2. It is my understanding that the Plaintiff, Amy Rothbaum, testified at her deposition that her parents had a family plan with AT&T; that she purchased Captivate model phones in September and October of 2010; and that she authorized AT&T to extend the service contract to these phones. Attached as Exhibit A are copies of selected pages from the transcript of Ms. Rothbaum's deposition.

3. I am familiar with the standard form of AT&T's service contract as it stood in September-October 2010. Attached as Exhibit B is a copy of it. Section 2 provides for an arbitration process involving AT&T.

4. I have been advised that Amy Rothbaum's counsel sent a demand letter to STA on May 17, 2011. A copy is attached as Exhibit C.

5. STA responded by a letter from its counsel on June 15, 2011. A copy is attached as Exhibit D. Consistent with the warranty that is provided to all purchasers, it is my understanding that STA's letter offered to provide to Ms. Rothbaum a fully functioning replacement phone. I have been advised that Ms. Rothbaum has not accepted this offer.

6. Attached as Exhibit E is a copy of the User Manual for the Captivate. Pages 190-197 set forth information about the warranty.

I declare under the pains and penalties of perjury that the foregoing is true and correct. Executed on December 1, 2013.

_____
Timothy Rowden

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on December 2, 2013.

>  */s/ Margaret E. Ives*
>  Margaret E. Ives (BBO No. 668906)