IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMY ROTHBAUM, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,

Defendant.

No. 11-CV-10509-MLW

## DEFENDANT STA'S NOTICE OF FILING AND SERVICE

Defendant Samsung Telecommunications America, LLC ("STA") hereby provides notice that, on December 2, 2013, it has filed and/or served the following items pursuant to the Court's Order of September 18, 2013 (the "Order"):

1) STA is filing today the Affidavit of Timothy Rowden in compliance with paragraph 5(a) of the Order.

2) STA previously served and filed the factual report by Matthew Chung, titled Senior Engineer's Report On The Testing Of Amy Rothbaum's Smartphone. It was served on Plaintiff on February 19, 2013; it was filed under seal on September 16, 2013; and it was filed in redacted form on the public docket on September 26, 2013 (Dkt. No. 72). An identical copy of the redacted report is being filed again today in compliance with paragraph 5(a).

3) STA is serving today the Expert Report and Declaration of Joseph C. McAlexander III Dated December 2, 2013 (the "Expert Report") in compliance with paragraph 5(b) of the Order.

4) STA is unclear whether the Court prefers that the Expert Report also be filed (as well as served) at this time. In the event the Court does prefer that the Expert Report be filed at this time, STA is submitting a motion for leave to file a copy of the Expert Report under seal. In the event the Court does not prefer that the Expert Report be filed at this time, the motion for leave will not be ripe for decision, and instead STA will confer with the Plaintiff's counsel at a later date in order to seek agreement on a procedure for filing the expert reports of both parties.

STA is submitting this Notice of Filing and Service for the purpose of aiding clarity and avoiding confusion. STA will proceed hereafter as directed by the Order. Apart from the motion for leave to file under seal, no relief is requested at this time.

Respectfully submitted,

SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,

By its attorneys,

/s/ *Margaret E. Ives*

Robert M. Buchanan, Jr. (BBO# 545910)
(rbuchanan@choate.com)
Margaret E. Ives (BBO# 668906)
(mives@choate.com)
Jared M. Barnes (BBO# 679342)
(jbarnes@choate.com)
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
Tel: (617) 248-5000

December 2, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on December 2, 2013.

*/s/ Margaret E. Ives*
Margaret E. Ives (BBO# 668906)