IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
AMY ROTHBAUM, individually and on   )
behalf of all others similarly situated, )
                                    )
       Plaintiff,                   )
                                    )
       v.                           )   No. 11-CV-10509-MLW
                                    )
SAMSUNG TELECOMMUNICATIONS          )
AMERICA, LLC,                       )
                                    )
       Defendant.                   )
_____)

### DEFENDANT STA'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Rule 56.1, and this Court's Order dated 09/18/13 (Docket No. 68), Defendant Samsung Telecommunications America, LLC ("STA") hereby moves for summary judgment. The material facts are not in genuine dispute. They are identified in STA's Statement Of Undisputed Facts, which is being filed herewith pursuant to Local Rule 56.1. This Motion is supported by the Affidavit of Timothy Rowden and the exhibits thereto (Docket No. 77), the Senior Engineer's Report on the Testing of Amy Rothbaum's Smartphone (the "Chung Report") (Docket No. 78), the Second Affidavit of Timothy Rowden and the exhibits thereto (filed herewith), the Barnes Declaration and the exhibits thereto (filed herewith), and the Expert Report and Declaration of Joseph C. McAlexander III Dated December 2, 2013 (filed herewith).

STA is entitled to summary judgment on all individual claims asserted by Plaintiff Amy Rothbaum ("Plaintiff Rothbaum") in the Second Amended Complaint ("the Complaint") for several reasons:

(A) Plaintiff Rothbaum continued to use her Replacement Phone for 18 months after she filed this lawsuit.

(B) Plaintiff Rothbaum has not demonstrated that either her October 2010 Phone or the Replacement Phone was defective when she received it.

(C) Plaintiff Rothbaum's Replacement Phone does not have the particular Defect that is defined and alleged in the Complaint.

(D) In any event, STA has offered Plaintiff Rothbaum a fully functioning replacement.  STA stands willing and able to provide a complete remedy.  Plaintiff Rothbaum contends that STA is unable to provide a functioning phone -- because she contends that 100% of Samsung Captivate™ smartphones have the alleged Defect -- but the undisputed evidence refutes this astonishing contention.

For the reasons stated herein and in the accompanying Memorandum, Defendant STA respectfully requests that this Court: (1) grant STA's Motion for Summary Judgment; (2) enter judgment in STA's favor on all of the individual claims asserted by Plaintiff Rothbaum in the Complaint; and (3) grant such other further relief as the Court deems just and proper.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), STA requests a hearing on this Motion, as provided in the Court's 09/18/13 Order (Docket No. 68, ¶ 11).  STA believes that oral argument will aid the Court in the prompt and efficient disposition of this matter.

| | |
|---|---|
| January 21, 2014 | Respectfully submitted, |
| | SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, |
| | By its attorneys, |
| | /s/ *Robert M. Buchanan, Jr.* <br> Robert M. Buchanan, Jr. (BBO# 545910) <br> (rbuchanan@choate.com) <br> Margaret E. Ives (BBO# 668906) <br> (mives@choate.com) <br> Jared M. Barnes (BBO# 679342) <br> (jbarnes@choate.com) <br> Choate, Hall & Stewart LLP <br> Two International Place <br> Boston, Massachusetts  02110 <br> Tel: (617) 248-5000 |

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A), I hereby certify that on January 15, 2014, Margaret Ives of this office spoke with counsel for Plaintiff Rothbaum in an attempt to narrow or resolve the issue presented by this Motion.

/s/ *Robert M. Buchanan, Jr.*
Robert M. Buchanan, Jr. (BBO# 545910)

6010575v3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on January 21, 2014.

                                                    /s/ *Robert M. Buchanan, Jr.*
                                                    Robert M. Buchanan, Jr. (BBO# 545910)