IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ )
AMY ROTHBAUM, individually and on )
behalf of all others similarly situated, )
                                          )
        Plaintiff, )
                                          )
        v. ) No. 11-CV-10509-MLW
                                          )
SAMSUNG TELECOMMUNICATIONS )
AMERICA, LLC, )
                                          )
        Defendant. )
_____ )

**DEFENDANT STA'S MOTION TO PRECLUDE
THE EXPERT REPORT OF KEN THOMPSON**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Samsung Telecommunications America, LLC ("STA") hereby moves to strike the Expert Report of Ken Thompson pursuant to Fed. R. Civ. P. 26(a)(2) ("Thompson Report"), and to preclude any expert testimony by Thompson in this case. The Thompson Report is attached to the Declaration of Jared Barnes filed herewith ("Barnes Decl."). It contains two parts. Both parts of the Thompson Report fail to meet the required standard for expert testimony:

(A) In the first part of his Report, Thompson recounts that he observed the Captivate smartphone that Plaintiff Rothbaum received in March 2011. Thompson did not apply any specialized methodology or expertise in making this observation. And he did not offer any opinion regarding the cause of the one shutdown event that he observed.

  (B)  In the second part of his Report, Thompson quoted from documents produced by STA in this litigation, and did not apply any methodology at all. These very same documents refute his stated opinion.

For the reasons stated herein and in the accompanying Memorandum, Defendant STA respectfully requests that this Court: (1) grant STA's Motion to Preclude the Expert Report of Ken Thompson; (2) strike the Thompson Report; (3) preclude any expert testimony by Thompson in this case; and (4) grant such other further relief as the Court deems just and proper.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), STA requests a hearing on this Motion. STA believes that oral argument on this Motion will be helpful to the Court.

| | |
|---|---|
| January 21, 2014 | Respectfully submitted, |
| | SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, |
| | By its attorneys, |
| | /s/ Robert M. Buchanan, Jr.<br>Robert M. Buchanan, Jr. (BBO# 545910)<br>(rbuchanan@choate.com)<br>Margaret E. Ives (BBO# 668906)<br>(mives@choate.com)<br>Jared M. Barnes (BBO# 679342)<br>(jbarnes@choate.com)<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, Massachusetts  02110<br>Tel: (617) 248-5000 |

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A), I hereby certify that on January 15, 2014, Margaret Ives of this office, spoke with counsel for Plaintiff Rothbaum in an attempt to narrow or resolve the issue presented by this Motion.

/s/ Robert M. Buchanan, Jr.
Robert M. Buchanan, Jr. (BBO# 545910)

6010649v2

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on January 21, 2014.

                                              */s/ Robert M. Buchanan, Jr.*
                                              Robert M. Buchanan, Jr. (BBO# 545910)