IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendant. | No. 11-CV-10509-MLW<br><br>[EXHIBITS A-J FILED UNDER SEAL PURSUANT TO LEAVE GRANTED ON JANUARY 17, 2014] |

## AFFIDAVIT OF JARED M. BARNES – TRANSMITTING DOCUMENTS IN SUPPORT OF MOTION TO PRECLUDE EXPERT TESTIMONY AND MOTION FOR SUMMARY JUDGMENT

I, Jared M. Barnes, hereby declare:

1. I am an attorney at law admitted to practice in the State of Massachusetts. I am an associate with the law firm Choate Hall & Stewart LLP. I am one of the attorneys representing Samsung Telecommunications America, LLC ("STA") in the above-captioned action. I make the following declaration for the purpose of transmitting pleadings, documents that have been produced in this action, excerpts from deposition transcripts in this action and other documents related to this action.

2. Attached hereto as Exhibit A is a true and correct copy of the Confidential Expert Report of Ken Thompson Pursuant to Fed. R. Civ. P. 26(a)(2) (the "Thompson Report"). Plaintiff's counsel served a copy of this Report counsel on October 31, 2013.

3. STA produced documents to the Plaintiff's counsel on October 4 and 11, 2013. The Thompson Report quotes from eight of these documents. Copies of these eight documents

are attached to this Declaration as Exhibits B through I, as detailed below. Pages 3, 6 and 8 of the Thompson Report state that Thompson relied on these eight documents, along with the observations recounted in his Report, as the basis for the opinions stated in his Report.

4. Attached hereto as Exhibit B is a true and correct copy of a document produced by STA and bearing Bates number STA_ROTH 0000004. Page 3 of the Thompson Report quotes from this document.

5. Attached hereto as Exhibit C is a true and correct copy of a document produced by STA and bearing Bates numbers STA_ROTH 0000133 through STA_ROTH 0000134. Page 3 of the Thompson Report quotes from this document.

6. Attached hereto as Exhibit D is a true and correct copy of a document produced by STA and bearing Bates numbers STA_ROTH 0000169 through STA_ROTH 0000184. Pages 3 and 4 of the Thompson Report quote from this document.

7. Attached hereto as Exhibit E is a true and correct copy of a document produced by STA and bearing Bates numbers STA_ROTH 0000185 through STA_ROTH 0000187. Page 7 of the Thompson Report quotes from this document.

8. Attached hereto as Exhibit F is a true and correct copy of a document produced by STA and bearing Bates numbers STA_ROTH 0000303 through STA_ROTH 0000304. Pages 6 and 7 of the Thompson Report quote from this document.

9. Attached hereto as Exhibit G is a true and correct copy of a document produced by STA and bearing Bates numbers STA_ROTH 0000411 through STA_ROTH 0000459. Page 4 of the Thompson Report quotes from this document.

10. Attached hereto as Exhibit H is a true and correct copy of a document produced by STA and bearing Bates numbers STA_ROTH 0000462 through STA_ROTH 0000518. Pages

5 and 7 of the Thompson Report quote from this document.

11. Attached hereto as Exhibit I is a true and correct copy of a document produced by STA and bearing Bates numbers STA_ROTH 0000547 through STA_ROTH 0000598. Page 3 of the Thompson Report quotes from this document.

12. Attached hereto as Exhibit J are true and correct copies of selected pages from the transcript of the deposition of Ken Thompson, which was taken in this action on November 22, 2013.

13. Attached hereto as Exhibit K are true and correct copies of selected pages from the transcript of the deposition of Plaintiff Rothbaum, which was taken in this action on November 20, 2013.

14. Attached hereto as Exhibit L is a true and correct copy of the Consent Agreement Establishing Non-Destructive Testing Protocol, which was executed in December 2012 by counsel for the parties in this action.

I declare under the pains and penalties of perjury that the foregoing is true and correct. Executed on January 20, 2014.

/Jared M. Barnes
Jared M. Barnes