# EXHIBIT C

# FILED UNDER SEAL –
# LEAVE GRANTED ON JANUARY 17, 2014
# (DKT. NO. 87)