# EXHIBIT F

## FILED UNDER SEAL –
## LEAVE GRANTED ON JANUARY 17, 2014
## (DKT. NO. 87)