# EXHIBIT K

# (FILED ON PUBLIC DOCKET)

Case 1:11-cv-10509-MLW   Document 91-11   Filed 01/21/14   Page 2 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                            1

1   46882ADS

2

    IN THE UNITED STATES DISTRICT COURT
3   FOR THE DISTRICT OF MASSACHUSETTS

4   No. 11-CV-10509-MLW

5   _____

    AMY ROTHBAUM, individually and on behalf of all
6   others similarly situated,

7   Plaintiff,

8   vs.

9   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,

10  Defendant.

11  _____

12              DEPOSITION OF AMY ROTHBAUM

13                  November 20, 2013

14

15  Pursuant to Notice taken on behalf of the
    Defendant at 1200 Seventeenth Street, Suite
16  3000, Denver, Colorado 80202, at 10:14 a.m.,
    before Diane K. Scholl, Registered Professional
17  Reporter and Notary Public within Colorado.

18

19

20

21

22

23

24

25



Case 1:11-cv-10509-MLW   Document 91-11   Filed 01/21/14   Page 3 of 32

AMY ROTHBAUM                                        November 20, 2013
ROTHBAUM vs. SAMSUNG                                                2

1    APPEARANCES:

2            GINA M. TUFARO, Attorney at Law,
     from the Law Firm of Shapiro Haber & Urmy LLP,
3    53 State Street, 37th Floor, Boston,
     Massachusetts 02109, appearing on behalf of the
4    Plaintiff.

5            MARGARET E. IVES, Attorney at Law,
     from the Law Firm of Choate Hall & Stewart LLP,
6    Two International Place, 30th Floor, Boston,
     Massachusetts 02110, appearing on behalf of the
7    Defendant.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Case 1:11-cv-10509-MLW   Document 91-11   Filed 01/21/14   Page 4 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                           97

1        Q.   So -- but you remember the last time
2    you had checked it, that it had battery life; is
3    that correct?
4        A.    It was good enough that I didn't
5    think that it may have died because I had seen
6    that it was like a red battery.
7        Q.   So you don't recall seeing a red
8    battery prior to the phone shutting down?
9           MS. TUFARO:  Objection, form.
10       Q.   (BY MS. IVES)  Is that correct?
11   Sorry.  My question is, do you recall seeing a
12   red battery at any time prior to the phone
13   shutting down?
14       A.   No.
15       Q.   What did you do to turn the phone
16   back on?
17       A.    Well, I thought it was in sleep mode
18   and on, so I hit the arrow button, and then when
19   nothing happened, I waited and I hit it again,
20   nothing really happened.  Then I thought, well,
21   maybe I'll try maybe one of the other buttons.
22   Nothing was happening.  Kind of stared at it.
23   And then I hit the power on button.
24       Q.   You did hit the power on button?
25       A.    And then the phone started up like



Case 1:11-cv-10509-MLW   Document 91-11   Filed 01/21/14   Page 5 of 32

AMY ROTHBAUM                                      November 20, 2013
ROTHBAUM vs. SAMSUNG                                          108

1          A.    Um-hum.

2          Q.    -- and the end of December 2010 when

3     you complained to AT&T?

4          A.    I do not recall.

5          Q.    More than five times?

6          A.    I do not recall.

7          Q.    More than two times with the --

8          A.    It was more than two.  I mean, it

9     was enough that I started getting really annoyed

10    that something happens once, you think like, oh,

11    maybe this was just a one-off thing, and then

12    the second time it's pretty annoying.  Third

13    time, there's probably an issue.

14         Q.    So you think maybe three times?

15         A.    At a minimum.

16         Q.    And do you recall whether that was

17    three times in one week, or three times in two

18    weeks?

19         A.    It was between mid December and then

20    at the end of December, so that -- what is that,

21    like two weeks?

22         Q.    Within that two-week time period,

23    you think it was at least three times?

24         A.    Yes.

25         Q.    At any time in that two-week time,



Case 1:11-cv-10509-MLW   Document 91-11   Filed 01/21/14   Page 6 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                          109

1  other than turning the phone back on by pressing

2  the button, do you recall doing anything else to

3  restore the phone?  For example, do you recall

4  ever removing the battery?

5        A.   No, I don't, because when I would

6  turn the phone back on, the battery life would

7  be fine, so it didn't appear that the battery

8  had been drained and that was why it had shut

9  off.

10       Q.   Do you recall ever plugging it in?

11       A.   Do I recall plugging my phone in

12  within a span of two weeks?  Yes.

13       Q.   For purposes -- for the purpose of

14  taking it from that what you're calling a

15  shutdown to --

16       A.   No, I did not.

17       Q.   So during the at least three times

18  that you recall experiencing the shutdown

19  between mid December and the end of December

20  2010, each time, as you recall, you just pressed

21  the on button to power it back up; is that

22  correct?

23       A.   Yes.

24       Q.   So at the time that you informed

25  AT&T at the end of December 2010 --



Case 1:11-cv-10509-MLW   Document 91-11   Filed 01/21/14   Page 7 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                          119

1    circumstance in February 2011, other than what

2    you've described?

3         A.   I was really annoyed.

4         Q.   Do you recall how you restored the

5    phone at that incident?  So in the February 2011

6    time that you recall that the phone shut down,

7    do you recall how you turned the phone back on?

8         A.   I would try to wake it up from sleep

9    mode the way you were supposed to, and then

10   what -- you know, hit a different button, wait,

11   hit a different button, wait.  And then if that

12   still wasn't bringing it to the lock screen,

13   then I would, yes, hold down the power button to

14   turn it back on.

15        Q.   Do you recall anything different

16   about that circumstance than the previous

17   circumstances that you described where it would

18   shut down and power back up?

19        A.   No.

20        Q.   And do you recall whether this event

21   happened again, whether the phone shut down

22   again after that?

23        A.   Did it shut down more than once in

24   February?

25        Q.   Well, yeah.  Did it?



Case 1:11-cv-10509-MLW   Document 91-11   Filed 01/21/14   Page 8 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                          120

1        A.   I believe so.  It was annoying.

2        Q.   Do you recall how often in February

3   2011 your phone shut down?

4        A.   No, I do not.

5        Q.   Do you recall whether it was on a

6   daily basis?

7        A.   It was not on a daily basis.

8        Q.   Do you recall whether it was more

9   than once a week?

10        A.   No, I do not.

11        Q.   Do you recall any other specific

12   times that your phone shut down?

13        A.   No, I do not.

14        Q.   During the times that your phone

15   shut down that you testified to here today, do

16   you recall at -- during any of those times

17   plugging the phone in?

18        A.   I did not plug the phone in.

19        Q.   Removing the battery?  Do you recall

20   removing the battery during any of those times?

21        A.   No.  Because turning the on button

22   turned it back on.

23        Q.   And do you recall, from the time

24   frame that you bought the phone on October 16th,

25   2010 to this time, which I think is now mid



1    A.   Whatever the issue was, that they
2  said this is how we're going to resolve it.
3    Q.   How in -- do you --
4    A.   So at -- so first they sent me a new
5  battery -- well, first the woman tried to do
6  whatever, factory reset, and then the second was
7  they said we'll send you a new battery, and then
8  the third time they said we'll send you a new
9  phone.
10    Q.   Was it your understanding that under
11  your warranty, AT&T would either repair or
12  replace the phone?
13    A.   Yes.
14    Q.   So at the time in March 2011 when
15  you went to the Holyoke store and complained,
16  the representative said that they would replace
17  your phone; is that correct?
18    A.   Yes.
19    Q.   Did you then receive a replacement?
20    A.   Yes.
21    Q.   How did you receive that
22  replacement?
23    A.   By mail.
24    Q.   Did you then have to bring both
25  phones to an AT&T store?



Case 1:11-cv-10509-MLW   Document 91-11   Filed 01/21/14   Page 10 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                          126

1          Q.   So at that time, did you need to

2     download additional applications to the

3     replacement phone?

4          A.   Yes, I would have had to do that.

5          Q.   What did you do with your old phone?

6          A.   I don't remember.

7          Q.   Do you know whether you still have

8     it?

9          A.   I don't think I do.

10         Q.   Do you know whether you provided it

11    to your attorney?

12         A.   I did not.  I don't think so.

13         Q.   Do you know whether you sent it back

14    to AT&T?

15         A.   I don't remember.

16         Q.   Is there a place that you could look

17    to see whether you still had the phone?

18         A.   The one that I bought in October?

19         Q.   Of 2010.

20         A.   No.  Because I've moved.  I don't

21    know where it would even be.

22         Q.   Do you recall if you've ever taken

23    an old phone to, for example, a recycling place

24    to recycle phones?

25         A.   I don't remember.



Case 1:11-cv-10509-MLW   Document 91-11   Filed 01/21/14   Page 11 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                          127

1        Q.   At any time in the moves that you

2    have undergone between March 2011 and the

3    present, have you stored things at your parents'

4    house?

5        A.   Yeah, there are things at my

6    parents' house.

7        Q.   Do you think the phone could be

8    stored there?

9        A.   I don't think so.  If -- maybe

10   the -- God, I have no idea.

11       Q.   Do you recall, at the time that you

12   were in the Holyoke, Massachusetts store when

13   you received the -- when the representative told

14   you they would send you the replacement phone,

15   whether any paperwork was created by either you

16   or the AT&T representative?

17       A.   I don't think so.

18       Q.   Do you recall taking any notes of

19   that encounter?

20       A.   No.

21       Q.   Do you recall retaining any receipts

22   from that encounter?

23       A.   Well, there were no receipts because

24   I didn't spend any money.

25       Q.   So they did not provide you with any



1   sort of documentation, to your knowledge?

2          A.    I don't think so.

3          Q.    What applications did you load onto

4   the replacement phone that you acquired sometime

5   after February -- after March 1st, 2011?

6          A.    Well, I think I gave up on My

7   Fitness Pal.

8          Q.    What about Facebook?

9          A.    Probably, yeah.

10         Q.    What about Twitter?

11         A.    Yes.

12         Q.    And would you have to -- would you

13  have downloaded any other e-mail applications?

14         A.    No.  Because Gmail was already on

15  the phone.

16         Q.    There was no additional work e-mail

17  application that you would have downloaded?

18         A.    No.  Because the work mail I think

19  was through Gmail.

20         Q.    It was the same Gmail?

21         A.    Yes.

22         Q.    Do you know whether Instagram was

23  available for Androids then?

24         A.    I don't think so.

25         Q.    And what about Linked In?



1      A.   I don't think I had it on my phone,

2  but I don't really remember.

3      Q.   Do you recall specifically any of

4  the applications, either those we've previously

5  discussed or other applications that we have not

6  yet discussed, that you have downloaded -- that

7  you had downloaded to this phone that you

8  received from AT&T in March --

9      A.   In March --

10     Q.   -- 2011?

11     A.   I don't remember.

12     Q.   Do you recall whether your usage of

13  the phone that you received in March 2011

14  changed in any way from the previous smartphones

15  that you had owned?

16     A.   In terms of how much I used it?  No.

17  I would say it was consistent.

18     Q.   You were still using it for 5 to 20

19  phone calls a day?

20     A.   Yeah.

21     Q.   Doing a daily e-mail?

22     A.   Yes.

23     Q.   Text messages multiple times a day?

24     A.   Yes.

25     Q.   Were you playing online gaming any



1   more?

2          A.   I do not -- online gaming, do you

3   mean like poker?

4          Q.   Were you doing any games on your

5   phone at all during this time frame, which is

6   March 2011 through the time that you got rid of

7   that phone?

8          A.   Yeah.  I had Words With Friends.

9          Q.   Any other game?

10         A.   Not that I recall.

11         Q.   And do you recall, with respect to

12  Words With Friends, how often you would play

13  that?

14         A.   No.  It went in waves, depending on

15  your friend's interest in playing back, which if

16  you were beating them a lot, they didn't want to

17  respond.

18         Q.   So at sort of the height of your

19  Words With Friends, say, how --

20         A.   No more than like twice a day would

21  I check it.

22         Q.   And how long for each interval would

23  you play?

24         A.   Well, I'd look to see what my tiles

25  were, and then I would think about it, because



Case 1:11-cv-10509-MLW  Document 91-11  Filed 01/21/14  Page 15 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                          131

 1    it's not like regular Scrabble where you have to

 2    do it so the next person can go.  You can do it

 3    on your own time.  So I wouldn't have the

 4    application open for very long --

 5         Q.   Okay.

 6         A.   -- because it wasn't necessary to

 7    have it open.

 8         Q.   And can you think of any other games

 9    that you would have been playing at this time?

10         A.   I don't remember.

11         Q.   And did you still have the I think

12    it was called application killer on --

13         A.   Advanced Task Killer.  I believe so,

14    yes.

15         Q.   Did you download that yourself?

16         A.   That one, I would have had to

17    install myself, yes.

18         Q.   Where did you install that from?

19         A.   Whatever the like Google application

20    market was.

21         Q.   Do you recall whether you yourself

22    installed the killer app -- app killer?

23         A.   That one I -- the Advanced Task

24    Killer?

25         Q.   That one.



Case 1:11-cv-10509-MLW  Document 91-11  Filed 01/21/14  Page 16 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                          132

1        A.    Yes.  That one I would have

2    installed myself.

3        Q.    All right.  And you did do so?

4        A.    I believe so, yes.

5        Q.    And do you recall using that on the

6    phone that you acquired March 2011?

7        A.    Yes.

8        Q.    How frequently would you use that?

9        A.    No more, no less than I had

10   previously.

11       Q.    Do you recall downloading any other

12   ringtones?

13       A.    I do not recall.

14       Q.    Do you recall using the phone with

15   respect to the camera feature any more or less

16   than with respect to your other phones?

17       A.    No, I did not use it any more or

18   less than before.

19       Q.    Do you know how many photographs you

20   had taken with respect to the phone you acquired

21   in the March 2011 time frame?

22       A.    No, I do not.

23       Q.    Do you have any sense even how many

24   would have been on there?

25       A.    No, I do not.



Case 1:11-cv-10509-MLW  Document 91-11  Filed 01/21/14  Page 17 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                          133

1       Q.   Do you recall using the GPS

2    applications any more or less than on your

3    previous phones?

4       A.   I used it last while I was in

5    Oklahoma, because I had a regular route to work.

6       Q.   And at this time, March 2011, am I

7    correct that you are not doing roller derby?

8       A.   That's correct.

9       Q.   Were you engaged in any other

10   contact sports during this time?

11      A.   I was not.

12      Q.   Were you using wifi any more

13   frequently?

14      A.   No, I was not.

15      Q.   And what about Bluetooth?  Had you

16   acquired a Bluetooth headset?

17      A.   I had not acquired a Bluetooth, I'm

18   confident about this.

19           MS. TUFARO:  Those things are easy

20   to cancel.

21      A.   And I -- they just look ridiculous,

22   so -- step one.

23      Q.   (BY MS. IVES)  Do you recall, with

24   respect to where you would carry the phone or

25   where you would keep the phone, whether those



1     A.    I don't remember specifically.

2     Q.    Do you remember if it was like --

3     A.    Just I know that it happened again.

4     Q.    Yeah.  Do you know whether it was

5   the same day, the next day?

6     A.    No, I do not.

7     Q.    What did you do next with respect to

8   the phone?  Well, I -- let me go back.  So the

9   first instance, the first instance that you

10  recall the March 2011 phone shutting down, do

11  you recall how you brought it back up?

12    A.    Oh, when I -- the same way as

13  before, trying to --

14    Q.    You tried to wake it up with your

15  finger?

16    A.    I optimistically thought it might

17  just actually be in sleep mode --

18    Q.    Yeah.

19    A.    -- and went through the same

20  rigamarole, so --

21    Q.    Yeah.  And then ultimately turned it

22  back on?

23    A.    I ultimately pressed the on button.

24    Q.    And --

25    A.    If the phone was on and you pressed



1   the power button, the lock screen would light

2   up, but if the phone was not on when you pressed

3   the power button, then the whole -- then like

4   that AT&T production, you know, like Samsung

5   Galaxy logo would come up, so it was --

6        Q.   Do you mean if the phone was in

7   sleep -- when you say when the phone was on --

8        A.   Oh, yes.  So if the phone was in

9   sleep mode --

10       Q.   Yeah.

11       A.   -- and you hit the power button --

12       Q.   Yeah.

13       A.   -- it would -- the lock screen would

14   illuminate.

15       Q.   Yeah.  It would come back to the

16   puzzle screen?

17       A.   Yeah.

18       Q.   And the same would happen if you

19   pressed the arrow button?

20       A.   Yes.

21       Q.   So you could press either of those

22   buttons to wake it up from sleep; is that

23   correct?

24       A.   Yes.

25       Q.   But in your experience, with respect



Case 1:11-cv-10509-MLW  Document 91-11  Filed 01/21/14  Page 20 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                          139

1  to what you're calling the shutdown, you would

2  have to press the --

3        A.   You would have to hold the on button

4  like the phone was off, and then the screens

5  that would come up when the phone was off and

6  you were turning it on would happen.

7        Q.   So I think what we were trying to

8  get at next is do you recall any other times

9  after that where the phone shut down?

10       A.   Not specifically.

11       Q.   Okay.

12            THE DEPONENT:  I have to use the

13  restroom again.

14            MS. IVES:  Okay.

15            (A break was taken.)

16            (Deposition Exhibit 2 was marked.)

17            MS. IVES:  Back on.

18       Q.   (BY MS. IVES)  So you now have in

19  front of you Exhibit 2.  Do you recognize this

20  document?

21       A.   Yes.

22       Q.   What is it?

23       A.   My declaration.

24       Q.   And did you author this declaration?

25       A.   What do you mean?



 1  your question?

 2          Q.   (BY MS. IVES)  I think so.  So --

 3          A.   Okay.

 4          Q.   -- do you have any specific

 5  understanding as to what you will receive if you

 6  are successful in this lawsuit?

 7               MS. TUFARO:  Objection to form.

 8          A.   By successful, you mean if the --

 9          Q.   (BY MS. IVES)  If the judge and/or

10  jury rules in favor of --

11          A.   The class --

12          Q.   -- Amy Rothbaum individually and on

13  behalf of all others similarly situated.

14          A.   Do I understand how that impacts me?

15  Yes.

16          Q.   What is your understanding?

17          A.   That the phone would be repaired,

18  that there would be damages.

19          Q.   What damages?

20               MS. TUFARO:  Objection, form.

21          Q.   (BY MS. IVES)  You can answer.

22          A.   Well, I would maybe get a new phone.

23          Q.   So is your understanding that at the

24  end of the lawsuit, you would either get your

25  phone repaired or you would get damages, in that



Case 1:11-cv-10509-MLW  Document 91-11  Filed 01/21/14  Page 22 of 32

AMY ROTHBAUM                          November 20, 2013
ROTHBAUM vs. SAMSUNG                           161

1    your phone would be replaced?

2          A.   Yes.

3          Q.   Just want to ask you a couple other

4    questions about this document.

5          A.   Okay.

6          Q.   If you go to page 4, there is a

7    picture there.  And you see in paragraph 17, it

8    says Figure 1 is a picture of a Galaxy S series

9    Captivate that was purchased by Plaintiff

10   Rothbaum.  Do you see that?

11         A.   Yes.

12         Q.   Do you know whether that is a

13   picture of a Galaxy S series Captivate that you

14   purchased?

15         A.   No, I believe that is not my phone.

16         Q.   Why do you believe that --

17         A.   -- in particular.

18         Q.   Why do you believe that?

19         A.   Because I didn't have it configured

20   in that way with the home screen.  I think it's

21   probably a stock photo, so it's a picture of a

22   Galaxy S series Captivate.

23         Q.   All right.  And if you can go to

24   paragraph 24, which is on page 5 of this

25   complaint, it says, "Some class members have



Case 1:11-cv-10509-MLW   Document 91-11   Filed 01/21/14   Page 23 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                          167

1    believe, so then the second amended class action

2    complaint provides it to address the concerns

3    that were brought forth from the second -- from

4    the amended class action complaint against

5    Samsung Telecommunications America, LLC.

6         Q.   Very good.  Is it your understanding

7    that the factual allegations contained within

8    the second amended complaint have not changed

9    since the two previous complaints?

10             MS. TUFARO:  Objection, form.

11        A.   I would have to read it.

12        Q.   (BY MS. IVES)  Do you have any -- do

13   you have any understanding of whether the

14   factual allegations have changed from the

15   previous two complaints?

16        A.   My understanding is that it was the

17   legal stuff that changed.  Is that adequate?

18        Q.   Perfectly fine.

19        A.   Okay.

20        Q.   Where has the phone -- and by the

21   phone, I mean the phone that you received, the

22   last Samsung Galaxy S phone that you received,

23   that is what we call the replacement phone in

24   this lawsuit, the one that you received March

25   2011, that phone.



Case 1:11-cv-10509-MLW   Document 91-11   Filed 01/21/14   Page 24 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                          168

1          A.    Okay.  Yeah.

2          Q.    Where is that phone, then, since the

3    date your complaint was filed?

4          A.    It was in my possession until I was

5    told it needed to be tested, at the end of --

6          Q.    You retained possession of the phone

7    prior to initiating this complaint?  Sorry.

8    After initiating this complaint, you retained

9    possession of the phone?

10         A.    Yes.

11         Q.    You did not provide it to your

12   attorneys?

13         A.    As of the complaint filing?

14         Q.    As of the com -- the original

15   complaint, this was filed in March 2011 --

16         A.    No.

17         Q.    -- did you continue to retain

18   possession of your phone?

19         A.    Yes.

20         Q.    And you have retained possession of

21   your phone until when?

22         A.    It was September 2012.

23         Q.    And did you use your phone from

24   March 2011 until September 2012?

25         A.    Yes, I did.



Case 1:11-cv-10509-MLW   Document 91-11   Filed 01/21/14   Page 25 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                          169

1        Q.   Have you experienced the shutdown
2   during that time?
3        A.   I did experience the shutdown during
4   that time, yes.
5        Q.   When?
6        A.   Oh, I don't remember specifically.
7        Q.   More than once?
8        A.   I'm sorry?
9        Q.   More than once?
10        A.   Yes, more than once.
11        Q.   More than twice?
12        A.   I believe so.
13        Q.   On a weekly basis?
14        A.   No, it was not on a weekly basis.
15        Q.   On a monthly basis?
16        A.   Yes.
17        Q.   Approximately once a month?
18        A.   No --
19        Q.   Without a specific, you --
20        A.   Yeah.  Like, no, no more frequently
21   than once a month, but it continued to happen
22   periodically while I still had the phone.
23        Q.   And in those circumstances between
24   March 2011 and September 2012 where you
25   experienced the shutdown issue --



 1        A.   Um-hum.

 2        Q.   -- that you described today, did any

 3   of those circumstances differ materially from

 4   the previous events that you described today?

 5             MS. TUFARO:  Objection to form.

 6        Q.   (BY MS. IVES)  She's objecting to

 7   "materially," so I'll just say, have they

 8   differed at all?

 9        A.   No.

10        Q.   Has the way that you turn the phone

11   back on changed at all?  Meaning in the March

12   2011 to September 2012 time frame, when you

13   experienced the shutdown issue you've described

14   here today --

15        A.   Um-hum.

16        Q.   -- how did you turn the phone on?

17        A.   Really hopefully.  The same trying

18   to see if it was just sleeping or, when it

19   wasn't just sleeping, then pressing the power

20   button on to bring it back, so then, yes, it was

21   the same.

22        Q.   In the same manner --

23        A.   In the same --

24        Q.   -- by pressing the power button on?

25        A.   Yes.



Case 1:11-cv-10509-MLW  Document 91-11  Filed 01/21/14  Page 27 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                         174

1  did, it's probably fine right now.

2       Q.    Yeah.

3       A.    Same thing.

4       Q.    Do you, in the --

5       A.    No cars ran over it.

6       Q.    That's what I was saying.  Between

7  March 2011 and September 2012, did you ever

8  carry the phone while doing roller derby?

9       A.    Oh, my God, no.  No, absolutely not.

10       MS. TUFARO:  You know she had to ask

11  you.

12       THE DEPONENT:  I was wondering --

13       MS. TUFARO:  All the --

14       THE DEPONENT:  -- why is she so

15  interested in roller derby?  Boston Derby Babes.

16  You should look them up when you get back.

17       Q.    So as of -- at or about

18  September 2012, you said the phone was provided

19  to your attorneys; is that correct?

20       A.    Yeah.  It went to -- yes.

21       Q.    Have you seen the phone since

22  September 2012?

23       A.    I have not.

24       Q.    Have you since obtained a new phone?

25       A.    Yes, I have.



Case 1:11-cv-10509-MLW  Document 91-11  Filed 01/21/14  Page 28 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                         175

1       Q.    Do you have any idea of who has used

2   the phone since September 2012?

3       A.    What do you mean?

4       Q.    Well, do you have any idea whether

5   anyone has used the phone since you gave it to

6   your attorney in September 2012?

7       A.    Like as a personal phone?  I don't

8   think so.

9       Q.    At all.  At all.  Well, you retain

10  the same phone number now; is that correct?

11      A.    Yeah.  Yeah, so -- but the phone

12  number doesn't go with the phone, so --

13      Q.    But do you have any idea as to

14  whether anyone has, for example, turned the

15  phone on and off?

16      A.    Oh, my understanding was that I had

17  to send in my phone so that it could be tested.

18      Q.    Do you know who it was tested by?

19      A.    Who Horwitz, Horwitz & Paradis had

20  test it?

21      Q.    Do you know anyone who has tested

22  the phone since September 2012?

23      A.    I believe the guy's name is Ken

24  Thompson.

25      Q.    Are you aware of anyone else testing



Case 1:11-cv-10509-MLW  Document 91-11  Filed 01/21/14  Page 29 of 32

AMY ROTHBAUM                                    November 20, 2013
ROTHBAUM vs. SAMSUNG                                         196

 1   agreement with AT&T?

 2             MS. TUFARO:  Objection to form.

 3        Q.   (BY MS. IVES)  You can answer.

 4        A.   Whoever is the main contract person

 5   probably signed it.

 6        Q.   So you don't -- do you know whether

 7   or not you ever separately signed any contracts

 8   with AT&T?

 9        A.   I don't -- I don't know?  I know I'm

10   an authorized person on the account, but I don't

11   remember signing this.

12        Q.   Okay.  Just want to refer you, just

13   for reference purposes, to page 9 of this

14   agreement.

15        A.   Okay.

16        Q.   And you'll see Section 2.2 --

17        A.   Okay.

18        Q.   -- entitled, "Arbitration

19   Agreement"?

20        A.   Yes.

21        Q.   And it states, "AT&T and you agree

22   to arbitrate all disputes and claims between

23   us."

24             Are you aware at all with respect to

25   whether or not the claims that you have brought



1   against Samsung could have been brought against

2   AT&T?

3            MS. TUFARO:  Objection to form.

4   That's a legal question.

5            MS. IVES:  And the question is just

6   whether she's aware, independent of discussions

7   with counsel, as to whether or not these claims

8   could have been brought against AT&T.

9            MS. TUFARO:  If you can answer the

10  question, go ahead.

11       A.   I have no idea.

12       Q.   (BY MS. IVES)  Okay.  And do you

13  know -- if I

14  can refer you to page 11 of the document,

15  paragraph 4.

16       A.   Okay.

17       Q.   It says, "If, after finding in your

18  favor in any respect on the merits of your

19  claim, the arbitrator issues you an award that

20  is greater than the value of AT&T's last written

21  settlement offer made before an arbitrator was

22  selected, then AT&T will," and then the bullet

23  point, "pay you the amount of the award or

24  $10,000, the alternative payment, whichever is

25  greater."



1            Prior to me showing you this, did

2    you have any understanding at all that being

3    successful in an arbitration with AT&T may

4    entitle you to an award of up to $10,000.

5            MS. TUFARO:  Objection to form.

6        Q.   (BY MS. IVES)  And the question

7    is --

8            MS. TUFARO:  You haven't even

9    established that this is valid pursuant to her

10   purchase of that phone.

11           MS. IVES:  Actually, and this is

12   just to refresh her recollection --

13           MS. TUFARO:  You can't ask her

14   questions about documents.

15           MS. IVES:  I can ask her what she

16   knows.

17           MS. TUFARO:  That don't apply to her

18   phone?

19           MS. IVES:  I'm not asking her about

20   the document.  I'm asking about her knowledge.

21           MS. TUFARO:  That's completely

22   ridiculous.

23        Q.   (BY MS. IVES)  The question is do

24   you know.  Do you know?  Have you ever heard of

25   this before?



1      A.   I already said I never read this,

2   so --

3      Q.   And have you ever heard that an

4   arbitration with AT&T could entitle the

5   successful plaintiff to an award of up to

6   $10,000?

7           MS. TUFARO:  Objection, form.

8           MS. IVES:  You can answer.

9      A.   I have not heard of this.

10          MS. IVES:  I just want to take like

11  five minutes to go through my notes, and then I

12  think we should be --

13          THE DEPONENT:  Okay.

14          MS. TUFARO:  Sure.

15          (A break was taken.)

16          MS. IVES:  I have no further

17  questions, unless Gina has some, in which case I

18  may reserve some for --

19          MS. TUFARO:  Sure.

20          MS. IVES:  -- based on those.

21          MS. TUFARO:  We just have two or

22  three questions.

23          MS. IVES:  Okay.

24

25

