IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, <br><br> Defendant. | No. 11-CV-10509-MLW <br><br> [EXHIBITS FILED UNDER SEAL] |

## SECOND AFFIDAVIT OF TIMOTHY ROWDEN – TRANSMITTING FOUR DOCUMENTS IN SUPPORT OF MOTION TO PRECLUDE EXPERT TESTIMONY AND MOTION FOR SUMMARY JUDGMENT

I, Timothy Rowden, hereby state as follows.

1. I am employed by Samsung Telecommunications America, LLC ("STA") as Vice President and General Manager of Sales Operations. In the course of my work I am familiar with the types of documents kept by STA in the ordinary course of business.

2. I previously executed an Affidavit in the above-captioned matter on December 1, 2013. It placed before the Court copies of five documents, which were attached to that Affidavit as Exhibits A through E. The purpose of this Second Affidavit is to place before the Court copies of four additional documents, which are attached to this Affidavit as Exhibits F, G, H and I.

3. Attached as Exhibit F hereto is a document bearing Bates number STA_ROTH 0000001. It is my understanding that this document was kept by STA in the ordinary course of business.

4. Attached as Exhibit G hereto is a document bearing Bates numbers STA_ROTH 0000372 through STA_ROTH 0000376. It is my understanding that this document was kept by STA in the ordinary course of business.

5. Attached as Exhibit H hereto is a document bearing Bates numbers STA_ROTH 0000377 through STA_ROTH 0000389. It is my understanding that this document was kept by STA in the ordinary course of business.

6. Attached as Exhibit I hereto is a document bearing Bates numbers STA_ROTH 0000400 through STA_ROTH 0000410. It is my understanding that this document was kept by STA in the ordinary course of business.

I declare under the pains and penalties of perjury that the foregoing is true and correct.

Executed on January 17, 2014.

_____
Timothy Rowden