IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendant. | No. 11-CV-10509-MLW<br><br>[EXHIBITS FILED UNDER SEAL] |

## SECOND AFFIDAVIT OF TIMOTHY ROWDEN – TRANSMITTING FOUR DOCUMENTS IN SUPPORT OF MOTION TO PRECLUDE EXPERT TESTIMONY AND MOTION FOR SUMMARY JUDGMENT

I, Timothy Rowden, hereby state as follows.

1. I am employed by Samsung Telecommunications America, LLC ("STA") as Vice President and General Manager of Sales Operations. In the course of my work I am familiar with the types of documents kept by STA in the ordinary course of business.

2. I previously executed an Affidavit in the above-captioned matter on December 1, 2013. It placed before the Court copies of five documents, which were attached to that Affidavit as Exhibits A through E. The purpose of this Second Affidavit is to place before the Court copies of four additional documents, which are attached to this Affidavit as Exhibits F, G, H and I.

3. Attached as Exhibit F hereto is a document bearing Bates number STA_ROTH 0000001. It is my understanding that this document was kept by STA in the ordinary course of business.

4.      Attached as Exhibit G hereto is a document bearing Bates numbers STA_ROTH 0000372 through STA_ROTH 0000376. It is my understanding that this document was kept by STA in the ordinary course of business.

5.      Attached as Exhibit H hereto is a document bearing Bates numbers STA_ROTH 0000377 through STA_ROTH 0000389. It is my understanding that this document was kept by STA in the ordinary course of business.

6.      Attached as Exhibit I hereto is a document bearing Bates numbers STA_ROTH 0000400 through STA_ROTH 0000410. It is my understanding that this document was kept by STA in the ordinary course of business.

I declare under the pains and penalties of perjury that the foregoing is true and correct. Executed on January 17, 2014.

_____
Timothy Rowden

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on January 28, 2014.

            /s/  *Robert M. Buchanan, Jr.*
            Robert M. Buchanan, Jr. (BBO# 545910)