**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **AMY ROTHBAUM, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**<br><br>**Defendant.** | **CASE NO.: 11-CV-10509-MLW** |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND BRIEFING SCHEDULE AND RESCHEDULE HEARING DATE IN CONNECTION WITH SAMSUNG'S MOTION FOR SUMMARY JUDGMENT AND TO PRECLUDE EXPERT REPORT OF KEN THOMPSON**

Plaintiff Amy Rothbaum hereby respectfully moves the Court to extend the briefing deadlines in connection with Defendant Samsung Telecommunications America, LLC's Motion for Summary Judgment (Dkt. No. 88) and Motion to Preclude Expert Report of Ken Thompson (Dkt. No. 90) (collectively the "Motions") and to reschedule the hearing currently set on the Motions for March 25, 2014, at 10:30 am. Under the Court's Order of September 18, 2013 (Dkt No. 68), Plaintiff's oppositions to the Motions are due on February 21, 2014, and Samsung's reply papers are due on March 5, 2014.

Plaintiff and her counsel require additional time to prepare her oppositions to the Motions due to personal and medical reasons. The parties have conferred regarding an extension of the briefing schedule and a request to reschedule the March 25 hearing on the Motions, and Samsung assents to the relief sought by Plaintiff in this motion. As a result, Plaintiff respectfully requests that the briefing deadlines and hearing date be extended as follows:

Plaintiff's oppositions to the Motions due: March 19, 2014

| | |
|---|---|
| Defendant's reply papers due: | March 31, 2014 |
| Hearing on the Motions: | April 8, 2014, or as soon thereafter as is convenient for the Court. |

Dated: February 19, 2014

Respectfully submitted,

**/s/ Adam M. Stewart______________**
Edward F. Haber (BBO # 215620)
Adam M. Stewart (BBO # 661090)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
ehaber@shulaw.com
astewart@shulaw.com

Paul O. Paradis, admitted *pro hac vice*
Gina M. Tufaro, admitted *pro hac vice*
Mark A. Butler, admitted *pro hac vice*
HORWITZ HORWITZ & PARADIS
570 Seventh Avenue, 20th Floor
New York, NY 10018
Tele: (212) 986-4500
Fax: (212) 986-4501
pparadis@hhplawny.com
gtufaro@hhplawny.com
mbutler@hhplawny.com

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on the date of its filing.

**/s/ Adam M. Stewart___**
Adam M. Stewart