UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendant. | NO. 11-CV-10509-MLW<br>**[EXHIBITS E-F FILED UNDER SEAL]** |

**DECLARATION OF PAUL O. PARADIS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO PRECLUDE THE EXPERT REPORT OF KEN THOMPSON**

I, Paul O Paradis, declare the following under penalty of perjury and the laws of the United States:

1. I am an attorney duly licensed to practice in the State of New York, and I have been admitted *pro hac vice* in this action.

2. I am a partner at Horwitz, Horwitz & Paradis, Attorneys at Law and counsel for Plaintiff in this litigation.

3. I have personal knowledge of each of the facts set forth in this Declaration, and, if required, could and would competently testify thereto.

4. I submit this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Preclude the Expert Report of Ken Thompson.

5. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Second Amended Class Action Complaint filed in this action.

6.  Attached hereto as Exhibit B is a true and correct copy of the deposition transcript of Plaintiff Amy Rothbaum dated November 20, 2013.

7.  Attached hereto as Exhibit C is a true and correct copy of the transcript of the Status Conference conducted by this Court on September 16, 2013.

8.  Attached hereto as Exhibit D is a true and correct copy of the Court's September 18, 2013 Order in this action.

9.  Attached hereto as Exhibit E is a true and correct copy of the Expert Report of Ken Thompson dated October 31, 2013.

10. Attached hereto as Exhibit F is a true and correct copy of the Deposition Transcript of Ken Thompson dated November 22, 2013.

11. Attached hereto as Exhibit G is a true and correct copy of the Senior Engineer's Report On The Testing Of Amy Rothbaum's Smartphone, authored by Matthew Chung.

Sworn to under penalty of perjury under the laws of the United States this 19th day of March, 2014.

_____
Paul O. Paradis