UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendant. | NO. 11-CV-10509-MLW<br>**[EXHIBITS B-J, Q, S FILED UNDER SEAL]** |

**DECLARATION OF GINA M. TUFARO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Gina M. Tufaro, declare the following under penalty of perjury and the laws of the United States:

1. I am an attorney duly licensed to practice in the State of New York, and I have been admitted *pro hac vice* in this action.

2. I am a partner at Horwitz, Horwitz & Paradis, Attorneys at Law and counsel for Plaintiff in this litigation.

3. I have personal knowledge of each of the facts set forth in this Declaration, and, if required, could and would competently testify thereto.

4. I submit this Declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

5. Attached hereto as Exhibit A is a true and correct copy of the deposition transcript of Amy Rothbaum dated November 20, 2013.

6. Attached hereto as Exhibit B is a true and correct copy of a document bearing bates stamp STA_ROTH 0000473.

7. Attached hereto as Exhibit C is a true and correct copy of a document bearing bates stamp STA_ROTH 0000150-163.

8. Attached hereto as Exhibit D is a true and correct copy of a document bearing bates stamp STA_ROTH 0000004.

9. Attached hereto as Exhibit E is a true and correct copy of a document bearing bates stamp STA_ROTH 0000547-598.

10. Attached hereto as Exhibit F is a true and correct copy of a document bearing bates stamp STA_ROTH 0000420.

11. Attached hereto as Exhibit G is a true and correct copy of a document bearing bates stamp STA_ROTH 0000169-184.

12. Attached hereto as Exhibit H is a true and correct copy of a document bearing bates stamp STA_ROTH 0000002.

13. Attached hereto as Exhibit I is a true and correct copy of a document bearing bates stamp STA_ROTH 0000304.

14. Attached hereto as Exhibit J is a true and correct copy of a document bearing bates stamp STA_ROTH 0000186.

15. Attached hereto as Exhibit K is a true and correct copy of the Declaration of Amy Rothbaum dated October 30, 2013.

16. Attached hereto as Exhibit L is a true and correct copy of the Confidential Expert Report of Ken Thompson Pursuant to Fed. R. Civ. P. 26(a)(2) dated October 31, 2013.

17. Attached hereto as Exhibit M is a true and correct copy of a document bearing bates stamp STA_ROTH 0000472.

18. Attached hereto as Exhibit N is a true and correct copy of a document bearing bates stamp STA_ROTH 0000551.

19. Attached hereto as Exhibit O is a true and correct copy of a document bearing bates stamp STA_ROTH 0000252.

20. Attached hereto as Exhibit P is a true and correct copy of a document bearing bates stamp STA_ROTH 0000471.

21. Attached hereto as Exhibit Q is a true and correct copy of a document bearing bates stamp STA_ROTH 0000467.

22. Attached hereto as Exhibit R is a true and correct copy of transcript of a hearing before this Court held on May 31, 2012.

23. Attached hereto as Exhibit S is a true and correct copy of the transcript of the deposition of Ken Thompson dated November 22, 2013.

Sworn to under penalty of perjury under the laws of the United States this 19th day of March, 2014.

_____
Gina M. Tufaro