UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 11-CV-10509-MLW ) |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) ) ) ) |
| Defendant. | ) ) |

# PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL AND EXTEND TIME FOR FILING UNREDACTED DOCUMENTS

Plaintiff hereby moves, pursuant to Local Rule 7.2, for entry of an order authorizing her to file under seal unredacted copies of the following:

1) Exhibits F and G of the Declaration of Paul O. Paradis in Support of Plaintiff's Opposition to Defendant's Motion to Preclude the Expert Report of Ken Thompson;

2) Exhibits B, C, D, E, F, G, H, I, J, Q, and S of Declaration of Gina M. Tufaro in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment; and

3) Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment.

In support of this Motion, Plaintiff states that the above referenced memorandum and exhibits contain or reference certain business documents that were designated by the Defendant as "Highly Confidential," under the Stipulated Protective Order (Dkt. 57). Redacted versions of the above referenced declarations and memorandum have been filed via the ECF system.

Plaintiffs further seek an extension of the March 19, 2014 filing deadline to allow them to file unredacted copies within one day of receiving the Court's Order in response to this motion.

Respectfully submitted,

Dated: March 19, 2014                    AMY ROTHBAUM, individually and on behalf of all others similarly situated,

By her attorneys,

*/s/ Edward F. Haber*
Edward F. Haber (BBO No. 215620)
ehaber@shulaw.com
Adam M. Stewart (BBO No. 661090)
astewart@shulaw.com
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel:  (617) 439-3939
Fax:  (617) 439-0134

Paul O. Paradis, admitted *pro hac vice*
pparadis@hhplawny.com
Gina M. Tufaro, admitted *pro hac vice*
gtufaro@hhplawny.com
HORWITZ HORWITZ & PARADIS
570 Seventh Avenue, 20th Floor
New York, NY 10018
Tel:  (212) 986-4500
Fax:  (212) 986-4501

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on March 19, 2014, counsel for the Plaintiff conferred with counsel for the Defendant, who stated that they assent to Plaintiff's motion.

*/s/* Edward F. Haber
Edward F. Haber

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 19, 2014.

                                                                         /s/ Edward F. Haber
                                                                        Edward F. Haber