# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Ian J. McLoughlin
Adam M. Stewart
Rachel M. Brown
Patrick J. Vallely
April Kuehnhoff

March 20, 2014

E-mail:
astewart@shulaw.com

**VIA ELECTRONIC FILING**

Ms. Gail MacDonald, Clerk of Court
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

    Re:    *Rothbaum v. Samsung*, 11-cv-10509

Dear Ms. MacDonald:

Pursuant to my firm's recent telephone conference with the Court, Plaintiff states that the following docket entries contain or reference certain business documents that were designated by the Defendant as "High Confidential," under the Stipulated Protective Order in the above-referenced case (Dkt. 57). Kindly replace the following docket entries with redacted, or further redacted, versions to be transmitted via electronic mail:

1) Plaintiff's Memorandum in Opposition to Defendant's Motion to Preclude the Expert Report of Ken Thompson (Dkt. 109);

2) Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Dkt. 110);

3) Plaintiff's Response to Defendant's Rule 56.1 Statement of Undisputed Material Facts and Plaintiff's Separate Statement of Disputed Material Facts (Dkt. 111); and

4) Exhibit G to the Declaration of Paul O. Paradis in Support of Plaintiff's Memorandum in Opposition to Defendant's Motion to Preclude the Expert Report of Ken Thompson (Dkt. 112-7).

SHAPIRO HABER & URMY LLP

Ms. Gail MacDonald
March 20, 2014
Page 2 of 2

 These changes are being made in response to concerns by Defendant about publicly filed highly confidential material.

 Please contact me with any questions or concerns.

                Sincerely,

                /s/ Adam S. Stewart
                Adam S. Stewart

c.c. All Counsel of Record (via ECF)