IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                      )
AMY ROTHBAUM, individually and on     )
behalf of all others similarly situated,          )
                                                      )
        Plaintiff,                              )
                                                      )  No. 11-CV-10509-MLW
        v.                                          )
                                                      )
SAMSUNG TELECOMMUNICATIONS  )
AMERICA, LLC,                                 )
                                                      )
        Defendant.                           )
_____)

## DEFENDANT STA'S ASSENTED-TO MOTION FOR LEAVE TO FILE ITS REPLY PAPERS UNDER SEAL

On March 31, 2014 Defendant Samsung Telecommunications America, LLC ("STA") will file reply papers in support of its pending Motion for Summary Judgment (Dkt. No. 88) and its pending Motion to Preclude Expert Report of Ken Thompson (Dkt. No. 90).[1] Leave was granted by the Court's orders dated September 18, 2013 (Dkt. No. 68) and February 21, 2014 (Dkt. No. 107). STA hereby seeks leave to file its reply papers under seal, with redacted copies to be filed on the public docket by April 7, 2014.

In support of this motion, STA states that its reply papers will reference and quote from the same STA business documents and expert reports that STA relied on in support of the pending motions. These documents were filed under seal pursuant to leave granted on December 4, 2013 (Dkt. No. 82) and January 17, 2014 (Dkt. No. 87). In addition, STA's reply papers may

---

[1] The reply papers will include: (1) Defendant STA's Reply Memorandum In Support Of Its Motion For Summary Judgment; (2) Defendant STA's Reply Memorandum In Support Of Its Motion To Preclude The Expert Report Of Ken Thompson; and (3) a reply to the Plaintiff's "Separate Statement of Disputed Material Facts" contained in Dkt. No. 111.

reference and quote certain STA business documents that the Plaintiff filed under seal in connection with her oppositions. Each of these STA documents were designated as "Highly Confidential" pursuant to the Protective Order entered by this Court on April 19, 2013 (Dkt. No. 57), because each contains highly sensitive proprietary business and technical information. For example, the STA documents contain confidential information about the number of Captivate devices that were manufactured in each month; the number that were sold in each month; the number that were returned in each month; and the reasons that were reported by consumers who returned those devices.

For the reasons stated above:

(I) STA respectfully requests that this Court grant STA leave to file its reply papers under seal on March 31, 2014.

(II) STA respectfully requests that the Court grant STA leave to file redacted versions of its reply papers, for the public record, on or before April 7, 2014.

(III) STA further requests that the materials filed under seal remain sealed until further order of the Court. Upon conclusion of the impoundment period, STA requests the return of the sealed materials to STA's counsel of record.

On March 26, 2014, counsel for STA conferred with counsel for Plaintiff Rothbaum, who stated that Plaintiff Rothbaum assents to this motion.

        Respectfully submitted,

        SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC,

        By its attorneys,

/s/ *Margaret E. Ives*
Robert M. Buchanan, Jr. (BBO# 545910)
(rbuchanan@choate.com)
Margaret E. Ives (BBO# 668906)
(mives@choate.com)
Jared M. Barnes (BBO# 679342)
(jbarnes@choate.com)
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts  02110
Tel: (617) 248-5000

March 27, 2014

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on March 26, 2014, counsel for STA conferred with counsel for Plaintiff Rothbaum, who stated that Plaintiff Rothbaum assents to this motion.

*/s/ Margaret E. Ives*
Margaret E. Ives (BBO No. 668906)

5

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on March 27, 2014.

                                            */s/ Margaret E. Ives*
                                            Margaret E. Ives (BBO# 668906)

6092213