UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  NO. 11-CV-10509-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL AND EXTEND TIME FOR FILING UNREDACTED DOCUMENTS

Plaintiff hereby moves, pursuant to Local Rule 7.2, for entry of an order authorizing her to file under seal unredacted copies of the following:

1) Exhibits F and G of the Declaration of Paul O. Paradis in Support of Plaintiff's Opposition to Defendant's Motion to Preclude the Expert Report of Ken Thompson;

2) Exhibits B, C, D, E, F, G, H, I, J, Q, and S of Declaration of Gina M. Tufaro in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment; and

3) Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment.

In support of this Motion, Plaintiff states that the above referenced memorandum and exhibits contain or reference certain business documents that were designated by the Defendant as "Highly Confidential," under the Stipulated Protective Order (Dkt. 57). Redacted versions of the above referenced declarations and memorandum have been filed via the ECF system.

Plaintiffs further seek an extension of the March 19, 2014 filing deadline to allow them to file unredacted copies within one day of receiving the Court's Order in response to this motion.

*ALLOWED*
*Wolf, DJ*
*April 16, 2014*