# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>        Defendant. | **CASE NO.: 11-CV-10509-MLW** |

## NOTICE OF CHANGE OF ADDRESS
## FOR THE PLAINTIFF'S COUNSEL

PLEASE TAKE NOTICE that effective June 27, 2014, the address for the undersigned counsel for Plaintiff Amy Rothbaum has changed to:

> Shapiro Haber & Urmy LLP
> Seaport East
> Two Seaport Lane
> Boston, MA 02210

Telephone and facsimile numbers will remain unchanged. Please update your records accordingly.

DATED: July 9, 2014        Respectfully submitted,

        **/s/ Adam M. Stewart**
        Edward F. Haber (BBO#215620)
        Adam M. Stewart (BBO#661090)
        Shapiro Haber & Urmy LLP
        Two Seaport Lane
        Boston, MA 02210
        617-439-3939
        617-439-0134 (fax)
        ehaber@shulaw.com
        astewart@shulaw.com

## CERTIFICATE OF SERVICE

I, Adam M. Stewart, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 9, 2014.

        **/s/ Adam M. Stewart**
        Adam M. Stewart