UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ROTHBAUM, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>**Defendant.** | CASE NO.: 11-CV-10509-MLW |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, notice is hereby given of the appearance of Rachel M. Brown of the law firm Shapiro Haber & Urmy LLP, Seaport East, Two Seaport Lane, Boston, Massachusetts 02210, (617) 439-3939, as counsel for the Plaintiff in the above-captioned action.

Dated: August 20, 2014

Respectfully Submitted,

/s/ Rachel M. Brown
Rachel M. Brown (BBO # 667369)
SHAPIRO HABER & URMY LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
Tel: (617) 439-3939
Fax: (617) 439-0134
rbrown@shulaw.com

## Certificate of Service

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2014.

                                              /s/ Rachel M. Brown
                                              Rachel M. Brown